# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### (a) PLAINTIFFS
Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

### DEFENDANTS
Merrill's Contractors, Inc., an Illinois corporation

### (b) County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

### (c) Attorney's (Firm Name, Address, and Telephone Number)
Thomas M. Weithers, Central States Law Department
9377 W. Higgins Road, 10th Floor, Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3276

Attorneys (If Known)

**FILED**
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6486
JUDGE HART
MAG. JUDGE MASON

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Nature of Suit checkboxes - 791 Empl. Ret. Inc. Security Act checked]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
29 U.S.C. Sec. 1145 - Defendant violated its federal duty to make benefit contributions pursuant to a CBA & the terms of the Plan

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND: [ ] Yes [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 11/14/07
SIGNATURE OF ATTORNEY OF RECORD: [signature]