IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, Trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07 C 6486 |
| MERRILL'S CONTRACTORS, INC., | ) ) | JUDGE WILLIAM T. HART |
| Defendant. | ) | MAG. JUDGE MASON |

NOTICE OF FILING:
DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Please take notice that we have filed electronically with the Clerk of Court this 30th day of January, 2008, defendant's Answer and affirmative defenses.

/s/ John K. Kallman

John K. Kallman
one of defendant's attorneys
221 North LaSalle Street
Suite 1200
Chicago, IL 60601
(312) 578-1515

notice of filing.wpd

**CERTIFICATE OF SERVICE**

      John K. Kallman, the attorney for defendant, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF system, and mechanically served upon each of the following parties

N/A

this   30th   day of   January  , 2008, by:

○   **delivery, before 4:00 p.m.**

○   **fax transmission**

X   **depositing the same in the United States post box at 221 N. LaSalle St., Chicago, postage fully prepaid, before 5:00 p.m.**

                                                              **/s/ John K. Kallman**