**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                                      Plaintiff,

v.                                                        Case No.:
                                                          1:07−cv−06486
                                                       Honorable William T.
                                                       Hart

Merrill's Contractors, Inc.

                                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable William T. Hart:Status hearing held on 4/16/2008. Status hearing set for 5/14/2008 at 11:00 a.m. for presentation of motion for summary judgment with supporting documents.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.