Exhibit A - 1



**CENTRAL STATES
SOUTHEAST AND
SOUTHWEST AREAS
PENSION FUND**

EMPLOYEE TRUSTEES
FRED GEGARE
JERRY YOUNGER
GEORGE J WESTLEY
CHARLES A WHOBREY
PHILIP E. YOUNG

EMPLOYER TRUSTEES
HOWARD McDOUGALL
ARTHUR H BUNTE, JR
TOM J VENTURA
GARY F CALDWELL
CHRISTOPHER J LANGAN

EXECUTIVE DIRECTOR
THOMAS C NYHAN

November 9, 2006

**VIA UPS NEXT DAY DELIVERY**
#1Z 395 1X9 22 1010 2581

Mr. Charles T. Merrill
Owner
Merrill's Contractors, Inc
1900 E. Truman Road
Springfield, IL  62703-3941

RE:    NOTICE AND DEMAND FOR PAYMENT OF WITHDRAWAL LIABILITY
       MERRILL'S CONTRACTORS, INC.
       ASSESSMENT NO.: 5281100-WL060179-01
       WITHDRAWN ACCOUNT NO.  5281100-0205

Dear Mr Merrill:

This is a demand for payment of withdrawal liability incurred as a result of a permanent cessation of contributions to Central States, Southeast and Southwest Areas Pension Fund (the "Fund") by the above captioned business on behalf of some, or all, of its bargaining unit employees.  This demand is made pursuant to Section 4219 of the Employee Retirement Income Security Act of 1974, as amended (29 U.S. C. 1399 (b)), and applies equally to all members of any controlled group of trades or businesses, as defined in Section 414(c) of the Internal Revenue Code, of which the above captioned business is a member

The total amount of such withdrawal liability is $15,331.65.

Please make your check payable to Central States Southeast and Southwest Areas Pension Fund (please write the assessment number on your check) and forward it to the address as follows:

CENTRAL STATES WITHDRAWAL LIABILITY
Department 10291
Palatine, Illinois 60055-0291

If you would prefer to utilize Electronic Funds Transfer ("Wire Transfer"), the following is the Fund's account information:

Mellon Bank, N.A.
American Banking Association Number: 043-000-261
Account No. 093-2289
Beneficiary Central States Pension Fund

Mr. Charles T Merrill
November 9, 2006
Page Two

At your option, the withdrawal liability may be amortized and paid in monthly installments according to the enclosed minimum required payment schedule, or such liability may be paid in a lump sum. No penalty, interest or amortization charges will be applied if payment of the entire withdrawal liability is received by this office on or before December 1, 2006. If you choose the monthly installment option, amortization charges will accrue on the outstanding balance at the annual rates indicated on the enclosed minimum required payment schedule

Subject to applicable regulations, if any payment of withdrawal liability is not made when due and such payment plus delinquency charges is not made within sixty (60) days after receiving written notice from the Fund of such delinquency, the Fund may require immediate payment of the remaining balance of the withdrawal liability plus delinquency charges accrued from the due date of the first payment which was not timely made.

Enclosed herewith are documents as follows:

1.  A copy of the withdrawal liability calculation;

2   A copy of the minimum required payment schedule for the monthly installment option;

3.  A set of remittance notices to be included with your monthly installments;

4   A copy of the Fund's procedure governing review of any items relating to the determination and calculation of withdrawal liability, the minimum required payment schedule, and the resolution of disputes regarding withdrawal liability, and

5   A copy of the explanation and calculation of the 70% decline partial withdrawal.

Sincerely,

Andrew Sprau
Department Manager
Collections

AS:lg-notice and demand letter
Enclosure

Controlling Employer Name                    Merrill's Contractors, Inc
Assessment Number                            5281100-WL060179-01

Withdrawn Company Name.                       Merrill's Contractors, Inc
Address

Type of Calculation                          2001 70% Decline Partial Withdrawal

Date Prepared                                November 6, 2006

Section I - Pre-1980 Pool

a. Withdrawn Employer's Contributions

| | Year | Contributions | # CBUs |
|---|---|---|---|
| (1975 - 1979) | 1975 | 0.00 | 0.0 |
| | 1976 | 0.00 | 0 0 |
| | 1977 | 0 00 | 0 0 |
| | 1978 | 0 00 | 0 0 |
| | 1979 | 0.00 | 0 0 |
| | Total | 0 00 | |

b  All Employer's Contributions (1975 - 1979)              1,993,217,854

c  Allocation Fraction                                     0 0000000000

d  Unamortized 12/31/79 UVB                                          0

e, Pre-1980 Pool Liability                                     $0 00

Section II - Post-1979 Pool

a  Withdrawn Employer's Contributions

| Last 10 Years | Year | Contributions | #CBUs |
|---|---|---|---|
| | 1989 | 25,647.00 | 387.0 |
| | 1990 | 31,947 00 | 463.0 |
| | 1991 | 35,604 00 | 516 0 |
| | 1992 | 37,087.60 | 463 2 |
| | 1993 | 33,865 20 | 391 6 |
| | 1994 | 44,856 40 | 505 6 |
| | 1995 | 31,755.20 | 356.8 |
| | 1996 | 25,810 00 | 290 0 |
| | 1997 | 17,675 40 | 198 6 |
| | 1998 | 7,814.20 | 87.8 |
| | Total | $292,062.00 | |

b  All Employers' Contributions Last 10 Years              7,750,339,021

c  Allocation Fraction                                     0 0000376838

d  Net Change in UVB @ 12/31/98                            1,736,242,344

e  Post-1979 Pool Liability                                   $65,428 16

Controlling Employer Name        Merrill's Contractors, Inc
Assessment Number                5281100-WL060179-01

Withdrawn Company Name           Merrill's Contractors, Inc

Section III - Adjustments to Liability

a  Unadjusted Liability                         $65,428 16

b  De Minimis Rule                               50,000 00

c  Prior Assessment Credit                           0 00

d  Partial Prorate                                  96 51

e  Sec 4225 Limitations                              0 00

f  Adjusted Liability                         $15,331 65

Section IV - Partial Prorate

a  # CBUs in Next Year                                1 8

b  5 Year Average # CBUs

| Year  | # CBUs  |
|-------|---------|
| 1994  | 505 6   |
| 1995  | 356 8   |
| 1996  | 290 0   |
| 1997  | 198 6   |
| 1998  | 87 8    |
| Total | 1,438 8 |

   5 Year Average                                  287 8

c  Prorate Fraction                          0 9937447873

d. Remaining Liability                         15,428 16

e  Partial Prorate                               $96 51

Controlling Employer Name        Merrill's Contractors, Inc
Assessment Number        5281100-WL060179-01

Withdrawn Company Name.        Merrill's Contractors, Inc


Payment Schedule

a   High Contribution Rate  (Weekly Rate Basis)        $89 00

b.   3 Year Average # CBUs

| Year | # CBUs |
|------|--------|
| 1990 | 463 0 |
| 1991 | 516 0 |
| 1992 | 463.2 |
| Total | 1,442 2 |

      3 Year Average        480 7

c   Partial Prorate Fraction        0 9937447873

d   Annual Payment        $42,517 64

e   Assessment        $15,331 65

f   Amortization Period

| Year | Rate | Amortization | Opening Balance | Closing Balance |
|------|------|--------------|-----------------|-----------------|
| 1 | 0 00% | 0 00 | 15,331 65 | 0 00 |
| 2 | 8.00% | 0 00 | 0 00 | 0 00 |
| 3 | 8.00% | 0 00 | 0 00 | 0 00 |
| 4 | 8 00% | 0.00 | 0 00 | 0 00 |
| 5 | 8 00% | 0 00 | 0 00 | 0 00 |
| 6 | 8.00% | 0 00 | 0 00 | 0 00 |
| 7 | 8 00% | 0 00 | 0.00 | 0.00 |
| 8 | 8 00% | 0 00 | 0 00 | 0.00 |
| 9 | 8.00% | 0 00 | 0.00 | 0 00 |
| 10 | 8.00% | 0 00 | 0 00 | 0.00 |

g   Monthly Payment Amount        $3,565.88

h   # of Monthly Payments        4 33

i   First Payment Due Date        December 1, 2006

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 01/01/1989 - 12/26/1998

Controlled Group as of : 12/29/2001

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS IN- | | | | | | | |
| | 1989 | $25,647.00 | 387 | 0 | 0 | 0.00 | 387.00 |
| | 1990 | $31,947.00 | 463 | 0 | 0 | 0.00 | 463.00 |
| | 1991 | $35,604.00 | 516 | 0 | 0 | 0.00 | 516.00 |
| | 1992 | $37,087.60 | 97 | 0 | 1831 | 0.00 | 463.20 |
| | 1993 | $33,865.20 | 0 | 0 | 1958 | 0.00 | 391.60 |
| | 1994 | $44,856.40 | 0 | 0 | 2528 | 0.00 | 505.60 |
| | 1995 | $31,755.20 | 0 | 0 | 1784 | 0.00 | 356.80 |
| | 1996 | $25,810.00 | 0 | 0 | 1450 | 0.00 | 290.00 |
| | 1997 | $17,675.40 | 0 | 0 | 993 | 0.00 | 198.60 |
| | 1998 | $7,814.20 | 0 | 0 | 439 | 0.00 | 87.80 |
| Totals for Employer: | | $292,062.00 | 1463 | 0 | 10983 | 0.00 | 3,659.60 |

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
Employer : MERRILLS CONTRACTORS INC  -  5281100
Pension Fund
PERIOD : 01/01/1989 - 12/26/1998
Controlled Group as of . 12/29/2001
PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0108 - 00026A MERRILLS CONTRACTORS INC | 1989 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1990 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $1,725.00 | 25 | 0 | 0 | 0.00 | 25.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0108 - 00279A MERRILLS CONTRACTORS INC | 1989 | $4,145.00 | 61 | 0 | 0 | 0.00 | 61.00 |
| | 1990 | $3,588.00 | 52 | 0 | 0 | 0.00 | 52.00 |
| | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $69.00 | 1 | 0 | 0 | 0.00 | 1.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |

## CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD : 01/01/1989 - 12/26/1998

Controlled Group as of : 12/29/2001

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0108 - 00916A MERRILLS CONTRACTORS INC | 1989 | $21,502.00 | 326 | 0 | 0 | 0.00 | 326.00 |
| | 1990 | $28,359.00 | 411 | 0 | 0 | 0.00 | 411.00 |
| | 1991 | $35,604.00 | 516 | 0 | 0 | 0.00 | 516.00 |
| | 1992 | $4,899.00 | 71 | 0 | 0 | 0.00 | 71.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00279A MERRILLS CONTRACTORS INC | 1989 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1990 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $830.00 | 0 | 0 | 50 | 0.00 | 10.00 |
| | 1993 | $922.20 | 0 | 0 | 53 | 0.00 | 10.60 |
| | 1994 | $3,092.80 | 0 | 0 | 174 | 0.00 | 34.80 |
| | 1995 | $640.80 | 0 | 0 | 36 | 0.00 | 7.20 |
| | 1996 | $71.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| | 1997 | $1,548.60 | 0 | 0 | 87 | 0.00 | 17.40 |
| | 1998 | $35.60 | 0 | 0 | 2 | 0.00 | 0.40 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD : 01/01/1989 - 12/26/1998

Controlled Group as of : 12/29/2001

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0205 - 00525A MERRILLS CONTRACTORS INC | 1989 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1990 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1993 | $487.20 | 0 | 0 | 28 | 0.00 | 5.60 |
| | 1994 | $53.40 | 0 | 0 | 3 | 0.00 | 0.60 |
| | 1995 | $391.60 | 0 | 0 | 22 | 0.00 | 4.40 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00916A MERRILLS CONTRACTORS INC | 1989 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1990 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $29,564.60 | 0 | 0 | 1781 | 0.00 | 356.20 |
| | 1993 | $32,455.80 | 0 | 0 | 1877 | 0.00 | 375.40 |
| | 1994 | $41,710.20 | 0 | 0 | 2351 | 0.00 | 470.20 |
| | 1995 | $30,722.80 | 0 | 0 | 1726 | 0.00 | 345.20 |
| | 1996 | $25,738.80 | 0 | 0 | 1446 | 0.00 | 289.20 |
| | 1997 | $16,125.80 | 0 | 0 | 906 | 0.00 | 181.20 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD  :  01/01/1989  -  12/26/1998

Controlled Group as of :  12/29/2001

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0205 - 00916A | 1998 | $7,778.60 | 0 | 0 | 437 | 0.00 | 87.40 |
| MERRILLS CONTRACTORS INC | | | | | | | |
| Total for Employer: | | $292,062.00 | 1463 | 0 | 10983 | 0.00 | 3659.60 |
| *Total for Employer* | | $292,062.00 | 1463 | 0 | 10983 | 0.00 | 3659.60 |

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD : 12/30/2001 - 12/28/2002

Controlled Group as of : 12/29/2001

PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS IN* | | | | | | | |
| | 2002 | $164.20 | 0 | 0 | 9 | 0 00 | 1.80 |
| | Totals for Employer: | $164.20 | 0 | 0 | 9 | 0.00 | 1 80 |

Employer . MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 12/30/2001 - 12/28/2002

Controlled Group as of : 12/29/2001

PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0205 - 00279A | 2002 | $75.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0205 - 00916A | 2002 | $89.00 | 0 | 0 | 5 | 0.00 | 1.00 |
| MERRILLS CONTRACTORS INC | | | | | | | |
| Total for Employer | | $164.20 | 0 | 0 | 9 | 0.00 | 1.80 |
| Total for Employer | | $164.20 | 0 | 0 | 9 | 0.00 | 1.80 |

Employer Name
Assessment No..

Merrill's Contractors, Inc
5281100-WL060179-01

| | | |
|---|---|---|
| Withdrawn Company. | Merrill's Contractors, Inc | |
| Withdrawal Date. | 12/03/01 | Withdrawal Type | PARTIAL |
| Assessment | $15,331.65 | | |
| Prepayment | $0.00 | | |
| Balance to Amortize | $15,331.65 | Annual Payment | $42,517.64 |
| | | 1st Payment Due | 12/01/06 |

Annual Interest Rates:

| | | | |
|---|---|---|---|
| Year 1 | 0.00% | Year 6 | 8.00% |
| Year 2 | 8.00% | Year 7 | 8.00% |
| Year 3 | 8.00% | Year 8 | 8.00% |
| Year 4 | 8.00% | Year 9 | 8.00% |
| Year 5 | 8.00% | Years 10 to 20 | 8.00% |

| Payment No. | Due Date | Payment Amount | Billing Charge | Amortization | Principal | Principal Balance |
|---|---|---|---|---|---|---|
| 1 | 12/01/06 | 3,565.88 | 0.00 | 0.00 | 3,565.88 | 11,765.77 |
| 2 | 01/01/07 | 3,565.88 | 45.45 | 0.00 | 3,520.43 | 8,245.34 |
| 3 | 02/01/07 | 3,565.88 | 22.50 | 0.00 | 3,543.38 | 4,701.96 |
| 4 | 03/01/07 | 3,565.88 | 0.00 | 0.00 | 3,565.88 | 1,136.08 |
| 5 | 04/01/07 | 1,143.39 | 7 31 | 0.00 | 1,136 08 | 0.00 |

NOTE:

THIS PAYMENT SCHEDULE ASSUMES ALL MONTHLY PAYMENTS ARE TIMELY MADE AND DOES
NOT ACCOUNT FOR ANY DELINQUENT CHARGES THAT MAY ACCRUE DUE TO LATE PAYMENTS

MERRILL'S CONTRACTORS, INC.
EXPLANATION AND CALCULATION OF
<u>2001 70% DECLINE PARTIAL WITHDRAWAL</u>

## EXPLANATION

In accordance with ERISA Section 4205(b)(1), there is a 70% decline for any plan year if, during <u>each</u> plan year in the "3-year testing period", the employer's contribution base units do not exceed 30 percent of the employer's contribution base units for the "high base year."

The term "3-year testing period" means the period of the plan year in which the withdrawal occurred and the immediately preceding 2 plan years   The number of contribution base units (CBU's) for the high base year is the average number of such units for the 2 plan years for which the employer's CBU's were the highest within the 5 plan years immediately preceding the beginning of the 3-year testing period

In Merrill's Contractors, Inc. situation, the 3-year testing period is 1999, 2000 and 2001   The 5 plan years prior to the testing period are 1994-1998 and the highest 2 plan years were 1994 and 1995.

## CALCULATION

| TWO HIGHEST PLAN YEARS | CBU'S | |
|---|---|---|
| 1994 | 505 60 | |
| 1995 | 356.80 | |
| Total | | 862 40 |
| Average Number (÷ 2) | | 431.20 |
| Multiply by 30% | | x 30% |
| CBU'S to **Maintain** in "3 year Testing Period" | | 129.36 |

Since Merrill's Contractors, Inc. failed to maintain at least 129.36 CBUs for any year during the 3-year testing period, a 70% partial withdrawal has been incurred

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
Employer · MERRILLS CONTRACTORS INC - 5281100
Pension Fund
PERIOD : 12/26/1993 - 12/29/2001
Controlled Group as of . 12/29/2001
PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS IN· | | | | | | | |
| | 1994 | $44,856.40 | 0 | 0 | 2528 | 0.00 | 505.60 |
| | 1995 | $31,755.20 | 0 | 0 | 1784 | 0.00 | 356.80 |
| | 1996 | $25,810.00 | 0 | 0 | 1450 | 0.00 | 290.00 |
| | 1997 | $17,675.40 | 0 | 0 | 993 | 0.00 | 198.60 |
| | 1998 | $7,814.20 | 0 | 0 | 439 | 0.00 | 87.80 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,942.00 | 0 | 0 | 390 | 0.00 | 78.00 |
| | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62.80 |
| Totals for Employer. | | $147,829.40 | 0 | 0 | 8313 | 0.00 | 1,662.60 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
Employer . MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 12/26/1993 - 12/29/2001

Controlled Group as of : 12/29/2001

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0205 - 00279A MERRILLS CONTRACTORS INC | 1994 | $3,092.80 | 0 | 0 | 174 | 0.00 | 34.80 |
| | 1995 | $640.80 | 0 | 0 | 36 | 0.00 | 7.20 |
| | 1996 | $71.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| | 1997 | $1,548.60 | 0 | 0 | 87 | 0.00 | 17.40 |
| | 1998 | $35.60 | 0 | 0 | 2 | 0.00 | 0.40 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $409.40 | 0 | 0 | 23 | 0.00 | 4.60 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00525A MERRILLS CONTRACTORS INC | 1994 | $53.40 | 0 | 0 | 3 | 0.00 | 0.60 |
| | 1995 | $391.60 | 0 | 0 | 22 | 0.00 | 4.40 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00916A MERRILLS CONTRACTORS INC | 1994 | $41,710.20 | 0 | 0 | 2351 | 0.00 | 470.20 |
| | 1995 | $30,722.80 | 0 | 0 | 1726 | 0.00 | 345.20 |
| | 1996 | $25,738.80 | 0 | 0 | 1446 | 0.00 | 289.20 |
| | 1997 | $16,126.80 | 0 | 0 | 906 | 0.00 | 181.20 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
Employer : MERRILLS CONTRACTORS INC - 5281100
Pension Fund
PERIOD : 12/26/1993 - 12/29/2001
Controlled Group as of : 12/29/2001
## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0205 - 00916A MERRILLS CONTRACTORS INC | 1998 | $7,778.60 | 0 | 0 | 437 | 0.00 | 87 40 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,532.60 | 0 | 0 | 367 | 0.00 | 73 40 |
| | 2001 | $5,589 20 | 0 | 0 | 314 | 0.00 | 62 80 |
| Total for Employer: | | $147,829.40 | 0 | 0 | 8313 | 0.00 | 1662 60 |
| *Total for Employer:* | | $147,829.40 | 0 | 0 | 8313 | 0 00 | 1662 60 |



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P O Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:     **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
        **ACCOUNT NO:**     5281100 - 0001
        **ASSESSMENT NO:**  5281100-WL060179-01
        **TRANSACTION NO:** 1458037

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Dec 1, 2006 |
| **Installment 1  of  5:** | $3,565 88 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608

---



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:     **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
        **ACCOUNT NO:**     5281100 - 0001
        **ASSESSMENT NO:**  5281100-WL060179-01
        **TRANSACTION NO:** 1458037

Please submit this Remittance Notice with your check.  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Jan 1, 2007 |
| **Installment 2  of  5:** | $3,565 88 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-01
       **TRANSACTION NO:** 1458037

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

Central States, Southeast and Southwest Areas Pension Fund
Attn: Withdrawal Liability Department
Department 10291
Palatine, Illinois 60055-0291

| | |
|---|---|
| Due Date: | Feb 1, 2007 |
| Installment 3  of  5: | $3,565.88 |
| Amount of Remittance: | |
| Check Number: | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608

---



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-01
       **TRANSACTION NO:** 1458037

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

Central States, Southeast and Southwest Areas Pension Fund
Attn: Withdrawal Liability Department
Department 10291
Palatine, Illinois 60055-0291

| | |
|---|---|
| Due Date: | Mar 1, 2007 |
| Installment 4  of  5: | $3,565 88 |
| Amount of Remittance. | |
| Check Number: | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608

 Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-01
       **TRANSACTION NO:** 1458037

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

Central States, Southeast and Southwest Areas Pension Fund
Attn: Withdrawal Liability Department
Department 10291
Palatine, Illinois 60055-0291

| | |
|---|---|
| Due Date: | Apr 1, 2007 |
| Installment 5  of  5: | $1,143 39 |
| Amount of Remittance: | _____ |
| Check Number: | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608





UPS Uni

 **Tracking** 

🔒 Welcome, Ed Homan | Logout

My UPS | A

## Tracking

→ **Track Shipments**
  › Track by Reference
  › Get Signature Images
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
  › SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment 🔒
→ Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Detail**                                            Printer Frien

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 395 1X9 22 1010 258 1 |
| Type: | Package Proof of Delivery 🗗 |
| Status: | **Delivered** |
| Delivered on: | 11/10/2006 9:49 A.M. |
| Signed by: | BATEMAN |
| Location: | RECEIVER |
| Delivered to: | US |
| Service Type: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, IL, US | 11/10/2006 | 9:49 A.M. | DELIVERY |
| | 11/10/2006 | 7:49 A.M. | OUT FOR DELIVERY |
| | 11/10/2006 | 7:18 A.M. | DESTINATION SCAN |
| | 11/10/2006 | 6:45 A.M. | ARRIVAL SCAN |
| ADDISON, IL, US | 11/10/2006 | 3:09 A.M. | DEPARTURE SCAN |
| ADDISON, IL, US | 11/09/2006 | 11:40 P.M. | ARRIVAL SCAN |
| NORTHBROOK, IL, US | 11/09/2006 | 10:50 P.M. | DEPARTURE SCAN |
| | 11/09/2006 | 9:37 P.M. | ORIGIN SCAN |
| | 11/09/2006 | 6:00 P.M. | PICKUP SCAN |

Tracking results provided by UPS:  11/10/2006 1:18 P.M.  EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**[SM]

E-mail this page to up to three recipients.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 395 1X9 22 1010 258 1 |
| **Service Type:** | NEXT DAY AIR |
| **Delivered on:** | 11/10/2006 9:49 A.M. |
| **Delivered to:** | US |
| **Signed by:** | BATEMAN |
| **Location:** | RECEIVER |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  11/10/2006 1:18 P.M.  EST
(USA)

Exhibit A - 2

CENTRAL STATES
SOUTHEAST AND
SOUTHWEST AREAS
PENSION FUND

EMPLOYEE TRUSTEES
FRED GEGARE
JERRY YOUNGER
GEORGE J. WESTLEY
CHARLES A. WHOBREY
PHILIP E. YOUNG

EMPLOYER TRUSTEES
HOWARD McDOUGALL
ARTHUR H. BUNTE, JR.
TOM J. VENTURA
GARY F. CALDWELL
CHRISTOPHER J. LANGAN

EXECUTIVE DIRECTOR
THOMAS C. NYHAN

December 19, 2006

**VIA UPS NEXT DAY DELIVERY**
#1Z 395 1X9 22 1010 7522

Mr. Charles T. Merrill
Owner
Merrill's Contractors
1900 E. Truman Road
Springfield, IL  62703-3941

RE:   PAST DUE NOTICE AND DEMAND FOR PAYMENT OF WITHDRAWAL LIABILITY
      MERRILL'S CONTRACTORS, INC.
      ASSESSMENT NO.: 5281100-WL060179-01

Dear Mr. Merrill:

A Notice and Demand for Payment of Withdrawal Liability was forwarded to your attention on November 9, 2006.  The total amount of such liability is $15,331.65.

The notice called for payment of your withdrawal liability in one of two ways:

(1)   The entire outstanding obligation on or before December 1, 2006; or

(2)   By monthly installments in accordance with the payment schedule which accompanied the notice and demand.

These installments include amortization charges on the unpaid balance.

**Your account is now past due.**  Please note that interest is charged on the delinquent monthly installments. This interest is determined according to the prime interest charged by the Chase Manhattan Bank of New York plus 2% and is adjusted monthly.

TOTAL BALANCE DUE IMMEDIATELY . . . $3,596.34

To avoid future collection enforcement activity, please forward payment for the above balance **immediately** to the following address:

CENTRAL STATES WITHDRAWAL LIABILITY
Department 10291
Palatine, Illinois  60055-0291
ASSESSMENT NO.: 5281100-WL060179-01

9377 West Higgins Road
Rosemont, Illinois 60018-4938
Phone:  (847) 518-9800                                    www.centralstates.org

Mr. Charles T. Merrill
December 19, 2006
Page Two

If payment is not received immediately, the Fund may pursue collection of the interim payments at any time. In the event that payment is not forthcoming within sixty (60) days from the date of receipt of this notice, you will be held in default in accordance with Section 4219 of ERISA, and the entire withdrawal liability in the amount of $15,331.65 will be due immediately and the account will be referred to Fund counsel for collection.

If you have any questions regarding the above, please contact the undersigned at (847) 518-9800, extension 3612.

Sincerely,

LaTanya Gray
Operations Accountant
Collections



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

Shipping | **Tracking** | Support | Business Solutions | Preferred Customer

## Tracking

→ **Track Shipments**
> Track by Reference
> Get Signature Images
> Track by E-mail
> Import Tracking
   Numbers
> SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment
→ Help

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

🏠 Welcome, Ed Homan  |  Logout                    My UPS | A

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Detail**                                        Printer Frien

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 395 1X9 22 1010 752 2 |
| Type: | Package Proof of Delivery |
| Status: | **Delivered** |
| Delivered on: | 12/20/2006 10:41 A.M. |
| Signed by: | BATEMAN |
| Location: | RECEIVER |
| Delivered to: | 1900 TRUMAN RD<br>SPRINGFIELD, IL, US  62703 |
| Service Type: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, IL, US | 12/20/2006 | 10:41 A.M. | DELIVERY |
| | 12/20/2006 | 7:46 A.M. | OUT FOR DELIVERY |
| | 12/20/2006 | 7:42 A.M. | DESTINATION SCAN |
| | 12/20/2006 | 6:45 A.M. | ARRIVAL SCAN |
| ADDISON, IL, US | 12/20/2006 | 3:11 A.M. | DEPARTURE SCAN |
| ADDISON, IL, US | 12/19/2006 | 11:28 P.M. | ARRIVAL SCAN |
| NORTHBROOK, IL, US | 12/19/2006 | 10:47 P.M. | DEPARTURE SCAN |
| | 12/19/2006 | 8:25 P.M. | ORIGIN SCAN |
| | 12/19/2006 | 5:51 P.M. | PICKUP SCAN |

Tracking results provided by UPS: 12/21/2006 8:57 A.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify[SM]**

E-mail this page to up to three recipients.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 395 1X9 22 1010 752 2
**Service Type:** NEXT DAY AIR
**Delivered on:** 12/20/2006 10:41 A.M.
**Delivered to:** 1900 TRUMAN RD
                  SPRINGFIELD, IL, US 62703
**Signed by:** BATEMAN

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 12/21/2006 8:57 A.M. EST (USA)

Exhibit A - 3



EMPLOYEE TRUSTEES
FRED GEGARE
JERRY YOUNGER
GEORGE J WESTLEY
CHARLES A WHOBREY
PHILIP E YOUNG

EMPLOYER TRUSTEES
HOWARD McDOUGALL
ARTHUR H BUNTE, JR
TOM J VENTURA
GARY F CALDWELL
CHRISTOPHER J LANGAN

EXECUTIVE DIRECTOR
THOMAS C NYHAN

**CENTRAL STATES
SOUTHEAST AND
SOUTHWEST AREAS
PENSION FUND**

November 9, 2006

**VIA UPS NEXT DAY DELIVERY**
#1Z 395 1X9 22 1010 2483

Mr. Charles T. Merrill
Owner
Merrill's Contractors, Inc
1900 E. Truman Road
Springfield, IL  62703-3941

RE:    NOTICE AND DEMAND FOR PAYMENT OF WITHDRAWAL LIABILITY
       MERRILL'S CONTRACTORS, INC.
       ASSESSMENT NO.: 5281100-WL060170-02
       WITHDRAWN ACCOUNT NO.: 5281100-0205

Dear Mr. Merrill:

This is a demand for payment of withdrawal liability incurred as a result of a permanent cessation of contributions to Central States, Southeast and Southwest Areas Pension Fund (the "Fund") by the above captioned business on behalf of some, or all, of its bargaining unit employees.   This demand is made pursuant to Section 4219 of the Employee Retirement Income Security Act of 1974, as amended (29 U.S. C. 1399 (b)), and applies equally to all members of any controlled group of trades or businesses, as defined in Section 414(c) of the Internal Revenue Code, of which the above captioned business is a member.

The total amount of such withdrawal liability is $6,820.21.

Please make your check payable to Central States Southeast and Southwest Areas Pension Fund (please write the assessment number on your check) and forward it to the address as follows:

CENTRAL STATES WITHDRAWAL LIABILITY
Department 10291
Palatine, Illinois 60055-0291

If you would prefer to utilize Electronic Funds Transfer ("Wire Transfer"), the following is the Fund's account information:

Mellon Bank, N.A.
American Banking Association Number: 043-000-261
Account No. 093-2289
Beneficiary: Central States Pension Fund

Mr. Charles T. Merrill
November 9, 2006
Page Two

At your option, the withdrawal liability may be amortized and paid in monthly installments according to the enclosed minimum required payment schedule, or such liability may be paid in a lump sum. No penalty, interest or amortization charges will be applied if payment of the entire withdrawal liability is received by this office on or before December 1, 2006. If you choose the monthly installment option, amortization charges will accrue on the outstanding balance at the annual rates indicated on the enclosed minimum required payment schedule

Subject to applicable regulations, if any payment of withdrawal liability is not made when due and such payment plus delinquency charges is not made within sixty (60) days after receiving written notice from the Fund of such delinquency, the Fund may require immediate payment of the remaining balance of the withdrawal liability plus delinquency charges accrued from the due date of the first payment which was not timely made.

Enclosed herewith are documents as follows:

1.    A copy of the withdrawal liability calculation;

2.    A copy of the minimum required payment schedule for the monthly installment option;

3.    A set of remittance notices to be included with your monthly installments;

4.    A copy of the Fund's procedure governing review of any items relating to the determination and calculation of withdrawal liability, the minimum required payment schedule, and the resolution of disputes regarding withdrawal liability; and

5.    A copy of the explanation and calculation of the 70% decline partial withdrawal.

Sincerely,

Andrew Sprau
Department Manager
Collections

AS:lg - notice and demand letter
Enclosure

Withdrawn Company Name
Address

Merrill's Contractors, Inc

Type of Calculation:

2003 70% Decline Partial Withdrawal

Date Prepared:

November 6, 2006

Section I  -  Pre-1980 Pool

a  Withdrawn Employer's Contributions
(1975 - 1979)

| Year | Contributions | # CBUs |
|---|---|---|
| 1975 | 0.00 | 0.0 |
| 1976 | 0.00 | 0.0 |
| 1977 | 0.00 | 0.0 |
| 1978 | 0.00 | 0.0 |
| 1979 | 0.00 | 0.0 |
| Total | 0.00 | |

b.  All Employer's Contributions (1975 - 1979)     1,993,217,854

c  Allocation Fraction     0.0000000000

d  Unamortized 12/31/79 UVB     0

e,  Pre-1980 Pool Liability     $0.00

Section II  -  Post-1979 Pool

a.  Withdrawn Employer's Contributions
Last 10 Years

| Year | Contributions | #CBUs |
|---|---|---|
| 1991 | 35,604.00 | 516.0 |
| 1992 | 37,087.60 | 463.2 |
| 1993 | 33,865.20 | 391.6 |
| 1994 | 44,856.40 | 505.6 |
| 1995 | 31,755.20 | 356.8 |
| 1996 | 25,810.00 | 290.0 |
| 1997 | 17,675.40 | 198.6 |
| 1998 | 7,814.20 | 87.8 |
| 1999 | 7,387.00 | 83.0 |
| 2000 | 6,942.00 | 78.0 |
| Total | $248,797.00 | |

b.  All Employers' Contributions Last 10 Years     8,354,819,493

c  Allocation Fraction     0.0000297789

d.  Net Change in UVB @ 12/31/2000     2,358,209,392

e  Post-1979 Pool Liability     $70,224.79

Controlling Employer Name          Merrill's Contractors, Inc
Assessment Number                  328 P001A-30601759-02

Withdrawn Company Name             Merrill's Contractors, Inc

Section III - Adjustments to Liability

| a | Unadjusted Liability | $70,224.79 |
|---|---|---|
| b | De Minimis Rule | 50,000.00 |
| c | Prior Assessment Credit | 13,130 31 |
| d | Partial Prorate | 274 27 |
| e | Sec 4225 Limitations | 0.00 |
| f | Adjusted Liability | $6,820 21 |

Section IV - Partial Prorate

a. # CBUs in Next Year                              2 0

b  5 Year Average # CBUs

| Year | # CBUs |
|---|---|
| 1996 | 290.0 |
| 1997 | 198 6 |
| 1998 | 87.8 |
| 1999 | 83.0 |
| 2000 | 78.0 |
| Total | 737.4 |

5 Year Average                          147.5

| c | Prorate Fraction | 0.9864388392 |
|---|---|---|
| d | Remaining Liability | 20,224.79 |
| e. | Partial Prorate | $274 27 |

Controlling Employer Name     Merrill's Contractors, Inc

Assessment Number                        928190G-WT0601790-02

Withdrawn Company Name        Merrill's Contractors, Inc

Payment Schedule

a  High Contribution Rate  (Weekly Rate Basis)             $89 00

b  3 Year Average # CBUs

| Year | # CBUs |
|------|--------|
| 1991 | 516.0 |
| 1992 | 463.2 |
| 1993 | 391 6 |
| Total | 1,370.8 |

3 Year Average                   456 9

c.  Partial Prorate Fraction              0 9864388392

d  Annual Payment                  $40,115 57

e  Assessment                      $6,820.21

f  Amortization Period

| Year | Rate | Amortization | Opening Balance | Closing Balance |
|------|------|--------------|-----------------|-----------------|
| 1 | 0 00% | 0.00 | 6,820 21 | 0.00 |
| 2 | 8 00% | 0.00 | 0.00 | 0 00 |
| 3 | 8 00% | 0.00 | 0.00 | 0.00 |
| 4 | 8 00% | 0.00 | 0.00 | 0.00 |
| 5 | 8 00% | 0.00 | 0.00 | 0 00 |
| 6 | 8.00% | 0.00 | 0.00 | 0 00 |
| 7 | 8.00% | 0.00 | 0 00 | 0.00 |
| 8 | 8 00% | 0.00 | 0.00 | 0 00 |
| 9 | 8 00% | 0.00 | 0.00 | 0.00 |
| 10 | 8 00% | 0.00 | 0 00 | 0.00 |
| 11 | 8 00% | 0.00 | 0 00 | 0.00 |
| 12 | 8 00% | 0 00 | 0.00 | 0.00 |
| 13 | 8.00% | 0.00 | 0.00 | 0.00 |
| 14 | 8.00% | 0.00 | 0 00 | 0 00 |
| 15 | 8 00% | 0.00 | 0 00 | 0.00 |
| 16 | 8.00% | 0.00 | 0 00 | 0.00 |
| 17 | 8 00% | 0.00 | 0 00 | 0.00 |
| 18 | 8 00% | 0 00 | 0 00 | 0.00 |
| 19 | 8 00% | 0 00 | 0 00 | 0.00 |
| 20 | 8 00% | 0.00 | 0.00 | 0 00 |

g.  Monthly Payment Amount         $3,364.43

h.  # of Monthly Payments            2 04

f  First Payment Due Date         December 1, 2006

Credit For Prior Year Partial Withdrawal

Enter the number of partial withdrawals in prior years                                    1
Enter the Controlling Employer Name          Merrill's Contractors, Inc.
Enter the Current Withdrawal Year            2003

Enter the following information for the partial withdrawal with the
earliest withdrawal date
    Withdrawn Company Name.          Merrill's Contractors, Inc
    Assessment No                   5281100-WL060179-01
    Prior Partial Withdrawal Year               2001
\*    Interest Rate For Prior Assmt..            8.00%
    Prior Assessment                      15,331 65
    Pre-1980 Pool Contributions               $0.00
\*    Pre-1980 Pool Fraction.            0 0000000000
\*    Current Pre-1980 Pool:                     0 00
    Unadjusted Post-1979 Pool:            65,428.16
    Unadjusted Prior Assessment           65,428.16
    Partial Prorate Fraction.          0 9937447873
    Prior Assmt. Reductions/Write Offs:        0 00
    10-Year Amortization Of Prior Assessment Post-1979 Pool

| Calendar Year | Amort. Year | Unamortized Balance | Interest | Imputed Payment |
|---|---|---|---|---|
| 2001 | 0 | 65,428.16 | 5,234.25 | 9,750.73 |
| 2002 | 1 | 60,911.69 | 4,872 94 | 9,750.73 |
| 2003 | 2 | 56,033 90 | 4,482 71 | 9,750.73 |
| 2004 | 3 | 50,765.88 | 4,061.27 | 9,750.73 |
| 2005 | 4 | 45,076 43 | 3,606.11 | 9,750.73 |
| 2006 | 5 | 38,931.82 | 3,114.55 | 9,750.73 |
| 2007 | 6 | 32,295.64 | 2,583 65 | 9,750 73 |
| 2008 | 7 | 25,128 56 | 2,010.29 | 9,750.73 |
| 2009 | 8 | 17,388.12 | 1,391.05 | 9,750.73 |
| 2010 | 9 | 9,028.45 | 722 28 | 9,750 73 |
| 2011 | 10 | 0 00 | | |

29 CFR 4206.5(c)(1) Adjustment:

Current Pre-1980 Pool.                          0.00
Unamortized Prior Assessment
    Unadjusted Post-1979 Pool:              56,033 90
    ---------------------------
Unamortized Old Liabilities.               56,033.90
Prior Assessment
    Partial Prorate Fraction             0.9937447873
    ---------------------------
29 CFR 4206.5(c)(1)                        55,683 39

29 CFR 4206.5(c)(2) Adjustment

Prior Assessment                           15,331.65

Unadjusted Prior Assessment                65,428.16
Prior Assessment
    Partial Prorate Fraction             0.9937447873

Adjustment Fraction Denominator             0.2358029998
    ---------------------------
29 CFR 4206 5(c)(2)                        13,130 31

Summary Page For One Prior Assessment

Credit For Prior Year Partial Withdrawal
************** *********************** **********************

Controlling Employer Name:                Merrill's Contractors, Inc

29 CFR 4206.8 - Reduction Of Credit For Reduction Of
            Prior Partial Withdrawal Assessment

| | |
|---|---:|
| Prior Reductions/Write Offs. | 0.00 |
| Principal Deemed Collectible | |
| From Prior Assessment: | 15,331.65 |
| Prior Assessment: | 15,331.65 |
| Adj. Fraction | 1.00 |
| Total Credit For Prior Assmt | 13,130.31 |
| | ================ |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
### Employer : MERRILLS CONTRACTORS INC  -  5281100
### Pension Fund
### PERIOD  :  12/30/1990  -  12/30/2000
### Controlled Group as of :  12/27/2003
## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS IN | | | | | | | |
| | 1991 | $35,604.00 | 516 | 0 | 0 | 0.00 | 516.00 |
| | 1992 | $37,087.60 | 97 | 0 | 1831 | 0.00 | 463.20 |
| | 1993 | $33,865.20 | 0 | 0 | 1958 | 0.00 | 391.60 |
| | 1994 | $44,856.40 | 0 | 0 | 2528 | 0.00 | 50F |
| | 1995 | $31,755.20 | 0 | 0 | 1784 | 0.00 | 356 ou |
| | 1996 | $25,810.00 | 0 | 0 | 1450 | 0.00 | 290.00 |
| | 1997 | $17,675.40 | 0 | 0 | 993 | 0.00 | 198.60 |
| | 1998 | $7,814.20 | 0 | 0 | 439 | 0.00 | 87.80 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,942.00 | 0 | 0 | 390 | 0.00 | 78.00 |
| Totals for Employer: | | $248,797.00 | 613 | 0 | 11788 | 0.00 | 2,970.60 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD :  12/30/1990 - 12/30/2000

Controlled Group as of :  12/27/2003

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0108 - 00026A MERRILLS CONTRACTORS INC | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $1,725.00 | 25 | 0 | 0 | 0.00 | 25.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0108 - 00279A MERRILLS CONTRACTORS INC | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $69.00 | 1 | 0 | 0 | 0.00 | 1.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 12/30/1990 - 12/30/2000

Controlled Group as of : 12/27/2003

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0108 - 00916A<br>MERRILLS CONTRACTORS INC | 1991 | $35,604.00 | 516 | 0 | 0 | 0.00 | 516.00 |
| | 1992 | $4,899.00 | 71 | 0 | 0 | 0.00 | 71.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00279A<br>MERRILLS CONTRACTORS INC | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $830.00 | 0 | 0 | 50 | 0.00 | 10.00 |
| | 1993 | $922.20 | 0 | 0 | 53 | 0.00 | 1 |
| | 1994 | $3,092.80 | 0 | 0 | 174 | 0.00 | 34.80 |
| | 1995 | $640.80 | 0 | 0 | 36 | 0.00 | 7.20 |
| | 1996 | $71.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| | 1997 | $1,548.60 | 0 | 0 | 87 | 0.00 | 17.40 |
| | 1998 | $35.60 | 0 | 0 | 2 | 0.00 | 0.40 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $409.40 | 0 | 0 | 23 | 0.00 | 4.60 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 12/30/1990 - 12/30/2000

Controlled Group as of : 12/27/2003

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0205 - 00525A<br>MERRILLS CONTRACTORS INC | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1993 | $487.20 | 0 | 0 | 28 | 0.00 | |
| | 1994 | $53.40 | 0 | 0 | 3 | 0.00 | 0.60 |
| | 1995 | $391.60 | 0 | 0 | 22 | 0.00 | 4.40 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00916A<br>MERRILLS CONTRACTORS INC | 1991 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1992 | $29,564.60 | 0 | 0 | 1781 | 0.00 | 356.20 |
| | 1993 | $32,455.80 | 0 | 0 | 1877 | 0.00 | 375.40 |
| | 1994 | $41,710.20 | 0 | 0 | 2351 | 0.00 | 470.20 |
| | 1995 | $30,722.80 | 0 | 0 | 1726 | 0.00 | 345.20 |
| | 1996 | $25,738.80 | 0 | 0 | 1446 | 0.00 | 289.20 |
| | 1997 | $16,126.80 | 0 | 0 | 906 | 0.00 | 181.20 |
| | 1998 | $7,778.60 | 0 | 0 | 437 | 0.00 | 87.40 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 12/30/1990 - 12/30/2000

Controlled Group as of : 12/27/2003

PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0205 - 00916A<br>MERRILLS CONTRACTORS INC | 2000 | $6,532.60 | 0 | 0 | 367 | 0.00 | 73.40 |
| Total for Employer | | $248,797.00 | 613 | 0 | 11788 | 0.00 | 2970.60 |
| Total for Employer: | | $248,797.00 | 613 | 0 | 11788 | 0.00 | 297 |

## CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD :  12/28/2003  -  12/25/2004

Controlled Group as of :  12/27/2003

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS IN* | | | | | | | |
| | 2004 | $228.00 | 0 | 0 | 10 | 0.00 | 2.00 |
| | *Totals for Employer:* | $228.00 | 0 | 0 | 10 | 0.00 | 2.00 |

**CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS**

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD  :  12/28/2003  -  12/25/2004

Controlled Group as of :  12/27/2003

**PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL**

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0205 - 00279A<br>MERRILLS CONTRACTORS INC | 2004 | $228.00 | 0 | 0 | 10 | 0.00 | 2.00 |
| Total for Employer: | | $228.00 | 0 | 0 | 10 | 0.00 | 2.00 |
| *Total for Employer:* | | $228.00 | 0 | 0 | 10 | 0.00 | |

As of date   11/06/2006

Withdrawn Company:                     Merrill's Contractors, Inc.
Withdrawal Date:                                    12/31/03      Withdrawal Type:              PARTIAL
Assessment:                                        $6,820.21
Prepayment:                                           $0.00
Balance to Amortize                                $6,820.21     Annual Payment:               $40,115.57
                                                                1st Payment Due:                 12/01/06

Annual Interest Rates:
Year 1    0.00%        Year 6           8.00%
Year 2    8.00%        Year 7           8.00%
Year 3    8.00%        Year 8           8.00%
Year 4    8.00%        Year 9           8.00%
Year 5    8.00%        Years 10 to 20   8.00%

| Payment No. | Due Date | Payment Amount | Billing Charge | Amortization | Principal | Principal Balance |
|---|---|---|---|---|---|---|
| 1 | 12/01/06 | 3,364.43 | 0.00 | 0.00 | 3,364.43 | 3,455.78 |
| 2 | 01/01/07 | 3,364.43 | 22.23 | 0.00 | 3,342.20 | 113.58 |
| 3 | 02/01/07 | 114.32 | 0.73 | 0.00 | 113.59 | -0.00 |

NOTE:

THIS PAYMENT SCHEDULE ASSUMES ALL MONTHLY PAYMENTS ARE TIMELY MADE AND DOES
NOT ACCOUNT FOR ANY DELINQUENT CHARGES THAT MAY ACCRUE DUE TO LATE PAYMENTS

MERRILL'S CONTRACTORS, INC
EXPLANATION AND CALCULATION OF
<u>2003 70% DECLINE PARTIAL WITHDRAWAL</u>

<u>EXPLANATION</u>

In accordance with ERISA Section 4205(b)(1), there is a 70% decline for any plan year if, during <u>each</u> plan year in the "3-year testing period", the employer's contribution base units do not exceed 30 percent of the employer's contribution base units for the "high base year "

The term "3-year testing period" means the period of the plan year in which the withdrawal occurred and the immediately preceding 2 plan years. The number of contribution base units (CBU's) for the high base year is the average number of such units for the 2 plan years for which the employer's CBU's were the highest within the 5 plan years immediately preceding the beginning of the 3-year testing period.

In Merrill's Contractors, Inc situation, the 3-year testing period is 2001, 2002 and 2003. The 5 plan years prior to the testing period are 1996-2000 and the highest 2 plan years were 1996 and 1997

<u>CALCULATION</u>

| TWO HIGHEST PLAN YEARS | CBU'S | |
|---|---|---|
| 1996 | 290.0 | |
| 1997 | 198.6 | |
| Total | | 488.60 |
| Average Number (÷ 2) | | 244 30 |
| Multiply by 30% | | x 30% |
| CBU'S to **Maintain** in "3 year Testing Period" | | 73.29 |

Since Merrill's Contractors, Inc failed to maintain at least 73 29 CBUs for any year during the 3-year testing period, a 70% partial withdrawal has been incurred.

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD :  12/31/1995  -  12/27/2003

Controlled Group as of :  12/27/2003

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS IN* | | | | | | | |
| | 1996 | $25,810.00 | 0 | 0 | 1450 | 0.00 | 290.00 |
| | 1997 | $17,675.40 | 0 | 0 | 993 | 0.00 | 198.60 |
| | 1998 | $7,814.20 | 0 | 0 | 439 | 0.00 | 87.80 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 8? |
| | 2000 | $6,942.00 | 0 | 0 | 390 | 0.00 | 78.00 |
| | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62.80 |
| | 2002 | $164.20 | 0 | 0 | 9 | 0.00 | 1.80 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| *Totals for Employer:* | | $71,382.00 | 0 | 0 | 4010 | 0.00 | 802.00 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer · MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD : 12/31/1995 - 12/27/2003

Controlled Group as of : 12/27/2003

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0205 - 00279A<br>MERRILLS CONTRACTORS INC | 1996 | $71.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| | 1997 | $1,548.60 | 0 | 0 | 87 | 0.00 | 17 40 |
| | 1998 | $35.60 | 0 | 0 | 2 | 0.00 | ' |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $409.40 | 0 | 0 | 23 | 0.00 | 4.60 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2002 | $75.20 | 0 | 0 | 4 | 0.00 | 0 80 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00916A<br>MERRILLS CONTRACTORS INC | 1996 | $25,736.80 | 0 | 0 | 1446 | 0 00 | 289 20 |
| | 1997 | $16,126.80 | 0 | 0 | 906 | 0.00 | 181.20 |
| | 1998 | $7,778.60 | 0 | 0 | 437 | 0.00 | 87 40 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,532.60 | 0 | 0 | 367 | 0 00 | 7..о |
| | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62.80 |
| | 2002 | $89.00 | 0 | 0 | 5 | 0.00 | 1.00 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| Total for Employer: | | $71,382 00 | 0 | 0 | 4010 | 0.00 | 802 00 |
| Total for Employer: | | $71,382.00 | 0 | 0 | 4010 | 0 00 | 802.00 |



Central States, Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-02
       **TRANSACTION NO:** 1458038

Please submit this Remittance Notice with your check.  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows:

Central States, Southeast and Southwest Areas Pension Fund
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Dec 1, 2006 |
| **Installment 1  of  3:** | $3,364.43 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608.



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-02
       **TRANSACTION NO:** 1458038

Please submit this Remittance Notice with your check.  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows:

Central States, Southeast and Southwest Areas Pension Fund
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Jan 1, 2007 |
| **Installment 2  of  3:** | $3,364 43 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608.



Central States Southeast and Southwest Areas
Health and Welfare a     ension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:     **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
        **ACCOUNT NO:**     5281100 - 0001
        **ASSESSMENT NO:**  5281100-WL060179-02
        **TRANSACTION NO:** 1458038

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Feb 1, 2007 |
| **Installment 3 of 3:** | $114 32 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments.  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



 

UPS Uni

Home | About UPS | Contact UPS | Getting Started @ UPS.com

**Tracking**  Ship | Track & Confirm | Business Customer

🔒 Welcome, Ed Homan  | Logout

My UPS | A

## Tracking

→ **Track Shipments**
  › Track by Reference
  › Get Signature Images
  › Track by E-mail
  › Import Tracking Numbers 🔒
  › SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment 🔒
→ Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

### Tracking Detail

Printer Frie

### Your package has been delivered.

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 395 1X9 22 1010 248 3 |
| Type: | Package Proof of Delivery ⤢ |
| Status: | **Delivered** |
| Delivered on: | 11/10/2006 9:49 A.M. |
| Signed by: | BATEMAN |
| Location: | RECEIVER |
| Delivered to: | US |
| Service Type: | NEXT DAY AIR |

#### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, IL, US | 11/10/2006 | 9:49 A.M. | DELIVERY |
| | 11/10/2006 | 8:11 A.M. | OUT FOR DELIVERY |
| | 11/10/2006 | 7:18 A.M. | DESTINATION SCAN |
| | 11/10/2006 | 6:45 A.M. | ARRIVAL SCAN |
| ADDISON, IL, US | 11/10/2006 | 3:09 A.M. | DEPARTURE SCAN |
| ADDISON, IL, US | 11/09/2006 | 11:40 P.M. | ARRIVAL SCAN |
| NORTHBROOK, IL, US | 11/09/2006 | 10:50 P.M. | DEPARTURE SCAN |
| | 11/09/2006 | 9:37 P.M. | ORIGIN SCAN |
| | 11/09/2006 | 6:00 P.M. | PICKUP SCAN |

Tracking results provided by UPS:  11/10/2006 1:18 P.M.  EST (USA)

Printer Friendly

### Get Notified: Quantum View Notify[SM]

E-mail this page to up to three recipients.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**  1Z 395 1X9 22 1010 248 3
**Service Type:**  NEXT DAY AIR
**Delivered on:**  11/10/2006 9:49 A.M.
**Delivered to:**  US
**Signed by:**  BATEMAN
**Location:**  RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  11/10/2006 1:18 P.M.  EST (USA)

Exhibit A - 4

**CENTRAL 、 ATES
SOUTHEAST AND
SOUTHWEST AREAS
PENSION FUND**

**EMPLOYEE TRUSTEES**
FRED GEGARE
JERRY YOUNGER
GEORGE J. WESTLEY
CHARLES A. WHOBREY
PHILIP E. YOUNG

**EMPLOYER TRUSTEES**
HOWARD McDOUGALL
ARTHUR H. BUNTE, JR.
TOM J. VENTURA
GARY F. CALDWELL
CHRISTOPHER J. LANGAN

**EXECUTIVE DIRECTOR**
THOMAS C. NYHAN

December 19, 2006

**VIA UPS NEXT DAY DELIVERY**
#1Z 395 1X9 22 1010 7513

Mr. Charles T. Merrill
Owner
Merrill's Contractors
1900 E. Truman Road
Springfield, IL 62703-3941

RE:   PAST DUE NOTICE AND DEMAND FOR PAYMENT OF WITHDRAWAL LIABILITY
       MERRILL'S CONTRACTORS, INC.
       ASSESSMENT NO.: 5281100-WL060179-02

Dear Mr. Merrill:

A Notice and Demand for Payment of Withdrawal Liability was forwarded to your attention on November 9, 2006. The total amount of such liability is $6,820.21.

The notice called for payment of your withdrawal liability in one of two ways:

   (1)   The entire outstanding obligation on or before December 1, 2006; or

   (2)   By monthly installments in accordance with the payment schedule which accompanied the notice and demand.

These installments include amortization charges on the unpaid balance.

**Your account is now past due.** Please note that interest is charged on the delinquent monthly installments. This interest is determined according to the prime interest charged by the Chase Manhattan Bank of New York plus 2% and is adjusted monthly.

TOTAL BALANCE DUE IMMEDIATELY . . . $3,393.17

To avoid future collection enforcement activity, please forward payment for the above balance **immediately** to the following address:

CENTRAL STATES WITHDRAWAL LIABILITY
Department 10291
Palatine, Illinois 60055-0291
ASSESSMENT NO.: 5281100-WL060179-02

---

9377 West Higgins Road
Rosemont, Illinois 60018-4938
Phone: (847) 518-9800                                          www.centralstates.org

Mr. Charles T. Merrill
December 19, 2006
Page Two


If payment is not received immediately, the Fund may pursue collection of the interim payments at any time. In the event that payment is not forthcoming within sixty (60) days from the date of receipt of this notice, you will be held in default in accordance with Section 4219 of ERISA, and the entire withdrawal liability in the amount of $6,820.21 will be due immediately and the account will be referred to Fund counsel for collection.

If you have any questions regarding the above, please contact the undersigned at (847) 518-9800, extension 3612.

Sincerely,

LaTanya Gray
Operations Accountant
Collections



Home  About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

| Shipping | Tracking | Support | Business Solutions | Preferred Customer |

🖆 Welcome, Ed Homan  |  Logout

My UPS | A

## Tracking

→ **Track Shipments**
> Track by Reference
> Get Signature Images
> Track by E-mail
> Import Tracking
   Numbers 🔒
> SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment 🔒
→ Help

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Detail**                                                   Printer Frier

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 395 1X9 22 1010 751 3 |
| Type: | Package Proof of Delivery ⤢ 🔒 |
| Status: | **Delivered** |
| Delivered on: | 12/20/2006 10:41 A.M. |
| Signed by: | BATEMAN |
| Location: | RECEIVER |
| Delivered to: | 1900 TRUMAN RD 🖆 |
| | SPRINGFIELD, IL, US  62703 🖆 |
| Service Type: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, IL, US | 12/20/2006 | 10:41 A.M. | DELIVERY |
| | 12/20/2006 | 7:45 A.M. | OUT FOR DELIVERY |
| | 12/20/2006 | 7:42 A.M. | DESTINATION SCAN |
| | 12/20/2006 | 6:45 A.M. | ARRIVAL SCAN |
| ADDISON, IL, US | 12/20/2006 | 3:11 A.M. | DEPARTURE SCAN |
| ADDISON, IL, US | 12/19/2006 | 11:28 P.M. | ARRIVAL SCAN |
| NORTHBROOK, IL, US | 12/19/2006 | 10:47 P.M. | DEPARTURE SCAN |
| | 12/19/2006 | 8:25 P.M. | ORIGIN SCAN |
| | 12/19/2006 | 5:51 P.M. | PICKUP SCAN |

Tracking results provided by UPS: 12/21/2006 8:57 A.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify[SM]**

E-mail this page to up to three recipients.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**   1Z 395 1X9 22 1010 751 3
**Service Type:**      NEXT DAY AIR
**Delivered on:**      12/20/2006 10:41 A.M
**Delivered to:**      1900 TRUMAN RD
                       SPRINGFIELD, IL, US 62703
**Signed by:**         BATEMAN

**Location:**          RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 12/21/2006 8:57 A.M. EST (USA)