# Exhibit A - 5

**CENTRAL STATES**
**SOUTHEAST AND**
**SOUTHWEST AREAS**
**PENSION FUND**

EMPLOYEE TRUSTEES
FRED GEGARE
JERRY YOUNGER
GEORGE J WESTLEY
CHARLES A WHODREY
PHILIP F YOUNG

EMPLOYER TRUSTEES
HOWARD McDOUGALL
ARTHUR H BUNTE JR
TOM J VENTURA
GARY F CALDWELL
CHRISTOPHER J LANGAN

EXECUTIVE DIRECTOR
THOMAS C NYHAN

November 9, 2006

**VIA UPS NEXT DAY DELIVERY**
#1Z 395 1X9 22 1010 2572

Mr. Charles T. Merrill
Owner
Merrill's Contractors, Inc.
1900 E. Truman Road
Springfield, IL  62703-3941

RE:   NOTICE AND DEMAND FOR PAYMENT OF WITHDRAWAL LIABILITY
      MERRILL'S CONTRACTORS, INC.
      ASSESSMENT NO.: 5281100-WL060179-03
      WITHDRAWN ACCOUNT NO.: 5281100-0205

Dear Mr. Merrill:

This is a demand for payment of withdrawal liability incurred as a result of a permanent cessation of contributions to Central States, Southeast and Southwest Areas Pension Fund (the "Fund") by the above captioned business on behalf of some, or all, of its bargaining unit employees.   This demand is made pursuant to Section 4219 of the Employee Retirement Income Security Act of 1974, as amended (29 U.S. C. 1399 (b)), and applies equally to all members of any controlled group of trades or businesses, as defined in Section 414(c) of the Internal Revenue Code, of which the above captioned business is a member.

The total amount of such withdrawal liability is $67,308.40.

Please make your check payable to Central States Southeast and Southwest Areas Pension Fund (please write the assessment number on your check) and forward it to the address as follows:

CENTRAL STATES WITHDRAWAL LIABILITY
Department 10291
Palatine, Illinois 60055-0291

If you would prefer to utilize Electronic Funds Transfer ("Wire Transfer"), the following is the Fund's account information:

Mellon Bank, N.A.
American Banking Association Number: 043-000-261
Account No. 093-2289
Beneficiary: Central States Pension Fund

Mr Charles T Merrill
November 9, 2006
Page Two

At your option, the withdrawal liability may be amortized and paid in monthly installments according to the enclosed minimum required payment schedule, or such liability may be paid in a lump sum. No penalty, interest or amortization charges will be applied if payment of the entire withdrawal liability is received by this office on or before December 1, 2006. If you choose the monthly installment option, amortization charges will accrue on the outstanding balance at the annual rates indicated on the enclosed minimum required payment schedule.

Subject to applicable regulations, if any payment of withdrawal liability is not made when due and such payment plus delinquency charges is not made within sixty (60) days after receiving written notice from the Fund of such delinquency, the Fund may require immediate payment of the remaining balance of the withdrawal liability plus delinquency charges accrued from the due date of the first payment which was not timely made.

Enclosed herewith are documents as follows:

1. A copy of the withdrawal liability calculation;

2. A copy of the minimum required payment schedule for the monthly installment option;

3. A set of remittance notices to be included with your monthly installments;

4. A copy of the Fund's procedure governing review of any items relating to the determination and calculation of withdrawal liability, the minimum required payment schedule, and the resolution of disputes regarding withdrawal liability; and

5. A copy of the explanation and calculation of the 70% decline partial withdrawal.

Sincerely,

Andrew Sprau
Department Manager
Collections

AS:lg-notice and demand letter
Enclosure

Controlling Employer's Name                    Merrill's Contractors, Inc
Assessment Number                              5281100-WL060179-03

Withdrawn Company Name                         Merrill's Contractors, Inc
Address

Type of Calculation                            2004 70% Decline Partial Withdrawal

Date Prepared                                  November 6, 2006

Section I - Pre-1980 Pool

a. Withdrawn Employer's Contributions
(1975 - 1979)

| Year | Contributions | # CBUs |
|------|---------------|--------|
| 1975 | 0 00 | 0 0 |
| 1976 | 0.00 | 0 0 |
| 1977 | 0.00 | 0 0 |
| 1978 | 0 00 | 0 0 |
| 1979 | 0 00 | 0 0 |
| Total | 0.00 | |

b. All Employer's Contributions (1975 - 1979)        1,993,217,854

c  Allocation Fraction                                0 0000000000

d  Unamortized 12/31/79 UVB                                      0

e, Pre-1980 Pool Liability                                   $0.00

Section II - Post-1979 Pool

a  Withdrawn Employer's Contributions
Last 10 Years

| Year | Contributions | #CBUs |
|------|---------------|-------|
| 1992 | 37,087 60 | 463.2 |
| 1993 | 33,865.20 | 391 6 |
| 1994 | 44,856.40 | 505 6 |
| 1995 | 31,755.20 | 356.8 |
| 1996 | 25,810.00 | 290.0 |
| 1997 | 17,675 40 | 198.6 |
| 1998 | 7,814.20 | 87.8 |
| 1999 | 7,387.00 | 83.0 |
| 2000 | 6,942 00 | 78 0 |
| 2001 | 5,589.20 | 62.8 |
| TOTAL | $218,782.20 | |

b. All Employers' Contributions Last 10 Years       8,900,606,330

c. Allocation Fraction                               0 0000245806

d. Net Change in UVB @ 12/31/01                      4,963,908,170

e. Post-1979 Pool Liability                            $122,015.82

Controlling Employer Name    Merrill's Contractors, Inc
Assessment Number    5281100-WL060179-03

Withdrawn Company Name    Merrill's Contractors, Inc

Section III - Adjustments to Liability

a  Unadjusted Liability    $122,015 82

b. De Minimis Rule    27,984 18

c  Prior Assessment Credit    18,245 28

d. Partial Prorate    8,477 96

e  Sec. 4225 Limitations    0 00

f. Adjusted Liability    $67,308 40

Section IV  -  Partial Prorate

a. # CBUs in Next Year    9.2

b.  5 Year Average # CBUs

| Year | # CBUs |
|------|--------|
| 1997 | 198.6 |
| 1998 | 87 8 |
| 1999 | 83 0 |
| 2000 | 78 0 |
| 2001 | 62.8 |
| Total | 510 2 |

5 Year Average    102.0

c. Prorate Fraction    0 9098392787

d  Remaining Liability    94,031 64

e  Partial Prorate    $8,477 96

Withdrawn Company Name                    Merrill's Contractors, Inc.

Payment Schedule

a. High Contribution Rate  (Weekly Rate Basis)                    $89.00

b. 3 Year Average # CBUs

| Year | # CBUs |
|------|--------|
| 1992 | 463 2 |
| 1993 | 391 6 |
| 1994 | 505 6 |
| Total | 1,360 4 |

    3 Year Average                                      453 5

c. Partial Prorate Fraction                              0.9098392787

d. Annual Payment                                        $36,719.78

e. Assessment                                            $67,308.40

f. Amortization Period

| Year | Rate | Amortization | Opening Balance | Closing Balance |
|------|------|--------------|-----------------|-----------------|
| 1 | 0 00% | 0 00 | 67,308 40 | 30,588.62 |
| 2 | 8.00% | 2,447 09 | 33,035.71 | 0.00 |
| 3 | 8.00% | 0 00 | 0 00 | 0.00 |
| 4 | 8.00% | 0.00 | 0 00 | 0.00 |
| 5 | 8.00% | 0.00 | 0 00 | 0.00 |
| 6 | 8.00% | 0 00 | 0 00 | 0 00 |
| 7 | 8.00% | 0.00 | 0 00 | 0.00 |
| 8 | 8.00% | 0.00 | 0.00 | 0.00 |
| 9 | 8.00% | 0 00 | 0.00 | 0.00 |
| 10 | 8.00% | 0 00 | 0.00 | 0.00 |

g. Monthly Payment Amount                    $3,079 63

h. # of Monthly Payments                      22 80

i. First Payment Due Date                  December 1, 2006

Credit For Prior Year Partial Withdrawal

Enter the number of partial withdrawals in prior years                                    2
Enter the Controlling Employer Name:              Merrill's Contractors, Inc
Enter the Current Withdrawal Year                         2002

Enter the following information for the partial withdrawal with the
earliest withdrawal date
    Withdrawn Company Name:              Merrill's Contractors, Inc
    Assessment No.                               5281100-WL060179-01
    Prior Partial Withdrawal Year                         1999
\*    Interest Rate For Prior Assmt                         8.00%
    Prior Assessment.                               15,331 65
    Pre-1980 Pool Contributions                         $0 00
\*    Pre-1980 Pool Fraction.                         0 0000000000
\*    Current Pre-1980 Pool.                               0.00
    Unadjusted Post-1979 Pool.                         65,428 16
    Unadjusted Prior Assessment.                         65,428 16
    Partial Prorate Fraction                         0.9937447873
    Prior Assmt  Reductions/Write Offs                         0 00
    10-Year Amortization Of Prior Assessment Post-1979 Pool

| Calendar Year | Amort. Year | Unamortized Balance | Interest | Imputed Payment |
|---|---|---|---|---|
| 1999 | 0 | 65,428 16 | 5,234.25 | 9,750 73 |
| 2000 | 1 | 60,911.69 | 4,872.94 | 9,750.73 |
| 2001 | 2 | 56,033 90 | 4,482 71 | 9,750.73 |
| 2002 | 3 | 50,765.88 | 4,061.27 | 9,750 73 |
| 2003 | 4 | 45,076 43 | 3,606 11 | 9,750 73 |
| 2004 | 5 | 38,931 82 | 3,114 55 | 9,750 73 |
| 2005 | 6 | 32,295.64 | 2,583 65 | 9,750.73 |
| 2006 | 7 | 25,128.56 | 2,010 29 | 9,750.73 |
| 2007 | 8 | 17,388.12 | 1,391.05 | 9,750 73 |
| 2008 | 9 | 9,028.45 | 722 28 | 9,750 73 |
| 2009 | 10 | 0.00 | | |

29 CFR 4206.5(c)(1) Adjustment

| | |
|---|---|
| Current Pre-1980 Pool | 0.00 |
| Unamortized Prior Assessment Unadjusted Post-1979 Pool | 50,765.88 |
| Unamortized Old Liabilities. | 50,765.88 |
| Prior Assessment Partial Prorate Fraction | 0.9937447873 |
| 29 CFR 4206.5(c)(1) | 50,448 33 |

29 CFR 4206.5(c)(2) Adjustment:

| | |
|---|---|
| Prior Assessment | 15,331.65 |
| Unadjusted Prior Assessment Prior Assessment Partial Prorate Fraction | 65,428 16<br>0.9937447873 |
| Adjustment Fraction Denominator | 0 2358029998 |
| 29 CFR 4206 5(c)(2) | 11,895 87 |

Controlling Employer Name:          Merrill's Contractors, Inc
Current Withdrawal Year              2002

Enter the following information for the partial withdrawal with the
    second earliest withdrawal date

| | |
|---|---|
| Withdrawn Company Name: | Merrill's Contractors, Inc |
| Assessment No. | 5281100-WL060179-02 |
| Prior Partial Withdrawal Year | 2001 |
| Interest Rate For Prior Assmt | 8.00% |
| Prior Assessment: | $6,820 21 |
| Pre-1980 Pool Contributions: | $0.00 |
| Pre-1980 Pool Fraction. | 0 0000000000 |
| Current Pre-1980 Pool. | 0 00 |
| Unadjusted Post-1979 Pool: | 70,224.79 |
| Unadjusted Prior Assessment | 70,224 79 |
| Partial Prorate Fraction. | 0.9864388392 |
| Prior Assmt  Reductions/Write Offs | 0 00 |

10-Year Amortization Of Prior Assessment Post-1979 Pool

| Calendar Year | Amort. Year | Unamortized Balance | Interest | Imputed Payment |
|---|---|---|---|---|
| 2001 | 0 | 70,224.79 | 5,617.98 | 10,465.56 |
| 2002 | 1 | 65,377.21 | 5,230.18 | 10,465.56 |
| 2003 | 2 | 60,141.82 | 4,811.35 | 10,465 56 |
| 2004 | 3 | 54,487.60 | 4,359 01 | 10,465.56 |
| 2005 | 4 | 48,381 05 | 3,870.48 | 10,465.56 |
| 2006 | 5 | 41,785 96 | 3,342.88 | 10,465 56 |
| 2007 | 6 | 34,663.28 | 2,773.06 | 10,465.56 |
| 2008 | 7 | 26,970.77 | 2,157 66 | 10,465.56 |
| 2009 | 8 | 18,662.87 | 1,493 03 | 10,465.56 |
| 2010 | 9 | 9,690.34 | 775.23 | 10,465.56 |
| 2011 | 10 | 0.00 | | |

29 CFR 4206.5(c)(1) Adjustment.

| | |
|---|---|
| Current Pre-1980 Pool: | 0 00 |
| Unamortized Prior Assessment Unadjusted Post-1979 Pool: | 65,377.21 |
| Unamortized Old Liabilities: | 65,377 21 |
| Prior Assessment Partial Prorate Fraction | 0 9864388392 |
| 29 CFR 4206 5(c)(1) | 64,490.62 |

29 CFR 4206 5(c)(2) Adjustment

| | |
|---|---|
| Prior Assessment: | 6,820.21 |
| Unadjusted Prior Assessment: | 70,224.79 |
| Prior Assessment Partial Prorate Fraction: | 0.9864388392 |
| Adjustment Fraction Denominator: | 0 0984548545 |
| 29 CFR 4206.5(c)(2) | 6,349.41 |

Summary Page For Two Prior Assessments

Credit For Prior Year Partial Withdrawal
************** ************************* ************************
Controlling Employer Name:                Merrill's Contractors, Inc


29 CFR 4206.8 - Reduction Of Credit For Reduction Of
          Prior Partial Withdrawal Assessments.

Prior Reductions/Write Offs                          0 00
Principal Deemed Collectible
          From Prior Assessment s            22,151 86

Prior Assessments                            22,151 86

Adj  Fraction                             1 0000000000

Total Credit For Prior Assmts.               18,245 28
                                        ===============

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD : 12/29/1991 - 12/29/2001

Controlled Group as of : 12/25/2004

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS IN |  |  |  |  |  |  |  |
|  | 1992 | $37,087.60 | 97 | 0 | 1831 | 0.00 | 463.20 |
|  | 1993 | $33,865.20 | 0 | 0 | 1958 | 0.00 | 391.60 |
|  | 1994 | $44,856.40 | 0 | 0 | 2528 | 0.00 | 505.60 |
|  | 1995 | $31,755.20 | 0 | 0 | 1784 | 0.00 | 356.80 |
|  | 1996 | $25,810.00 | 0 | 0 | 1450 | 0.00 | 290.0 |
|  | 1997 | $17,675.40 | 0 | 0 | 993 | 0.00 | 198.60 |
|  | 1998 | $7,814.20 | 0 | 0 | 439 | 0.00 | 87.80 |
|  | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
|  | 2000 | $6,942.00 | 0 | 0 | 390 | 0.00 | 78.00 |
|  | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62.80 |
| Totals for Employer: |  | $218,782.20 | 97 | 0 | 12102 | 0.00 | 2,517.40 |

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
Employer : MERRILLS CONTRACTORS INC - 5281100
Pension Fund
PERIOD : 12/29/1991 - 12/29/2001
Controlled Group as of : 12/25/2004
PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0108 - 00026A MERRILLS CONTRACTORS INC | 1992 | $1,725.00 | 25 | 0 | 0 | 0.00 | 25.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0108 - 00279A MERRILLS CONTRACTORS INC | 1992 | $69.00 | 1 | 0 | 0 | 0.00 | 1.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 12/29/1991 - 12/29/2001

Controlled Group as of : 12/25/2004

PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0108 - 00916A<br>MERRILLS CONTRACTORS INC | 1992 | $4,899.00 | 71 | 0 | 0 | 0.00 | 71.00 |
| | 1993 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1994 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1995 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00279A<br>MERRILLS CONTRACTORS INC | 1992 | $830.00 | 0 | 0 | 50 | 0.00 | 10.00 |
| | 1993 | $922.20 | 0 | 0 | 53 | 0.00 | 10.60 |
| | 1994 | $3,092.80 | 0 | 0 | 174 | 0.00 | 34 |
| | 1995 | $640.80 | 0 | 0 | 36 | 0.00 | 7.20 |
| | 1996 | $71.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| | 1997 | $1,548.60 | 0 | 0 | 87 | 0.00 | 17.40 |
| | 1998 | $35.60 | 0 | 0 | 2 | 0.00 | 0.40 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $409.40 | 0 | 0 | 23 | 0.00 | 4.60 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD :  12/26/2004 - 12/31/2005

Controlled Group as of :  12/25/2004

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS IN* | | | | | | | |
| | 2005 | $1,177.60 | 0 | 0 | 46 | 0.00 | 9.20 |
| *Totals for Employer:* | | $1,177.60 | 0 | 0 | 46 | 0.00 | 9.20 |

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
Employer : MERRILLS CONTRACTORS INC  -  5281100
Pension Fund
PERIOD :  12/29/1991  -  12/29/2001
Controlled Group as of :  12/25/2004
PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0205 - 00525A MERRILLS CONTRACTORS INC | 1992 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1993 | $487.20 | 0 | 0 | 28 | 0.00 | 5.60 |
| | 1994 | $53.40 | 0 | 0 | 3 | 0.00 | 0.60 |
| | 1995 | $391.60 | 0 | 0 | 22 | 0.00 | 4.40 |
| | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| 5281100 - 0205 - 00916A MERRILLS CONTRACTORS INC | 1992 | $29,564.60 | 0 | 0 | 1781 | 0.00 | 356.20 |
| | 1993 | $32,455.80 | 0 | 0 | 1877 | 0.00 | 375.40 |
| | 1994 | $41,710.20 | 0 | 0 | 2351 | 0.00 | 470 |
| | 1995 | $30,722.80 | 0 | 0 | 1726 | 0.00 | 345.20 |
| | 1996 | $25,738.80 | .0 | 0 | 1446 | 0.00 | 289.20 |
| | 1997 | $16,126.80 | 0 | 0 | 906 | 0.00 | 181.20 |
| | 1998 | $7,778.60 | 0 | 0 | 437 | 0.00 | 87.40 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,532.60 | 0 | 0 | 367 | 0.00 | 73.40 |

**CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS**

Employer : MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 12/29/1991 - 12/29/2001

Controlled Group as of : 12/25/2004

PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0205 - 00916A MERRILLS CONTRACTORS INC | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62.80 |
| Total for Employer | | $218,782.20 | 97 | 0 | 12102 | 0.00 | 2517.40 |
| Total for Employer. | | $218,782.20 | 97 | 0 | 12102 | 0.00 | 2517.40 |

Employer : MERRILLS CONTRACTORS INC  -  5281100

Pension Fund

PERIOD :  12/26/2004  -  12/31/2005

Controlled Group as of :  12/25/2004

PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 - 0205 - 00279A MERRILLS CONTRACTORS INC | 2005 | $1,177.60 | 0 | 0 | 46 | 0.00 | 9.20 |
| Total for Employer: | | $1,177.60 | 0 | 0 | 46 | 0.00 | 9.20 |
| Total for Employer: | | $1,177.60 | 0 | 0 | 46 | 0.00 | 9 |

Employer Name:    Merrill's Contractors, Inc.
Assessment No.:    5281100-WL060179-03

| Withdrawn Company: | Merrill's Contractors, Inc. | | |
|---|---|---|---|
| Withdrawal Date: | 12/31/04 | Withdrawal Type: | PARTIAL |
| Assessment: | $67,308.40 | | |
| Prepayment: | $0.00 | | |
| Balance to Amortize: | $67,308.40 | Annual Payment: | $36,719.78 |
| | | 1st Payment Due: | 12/01/06 |

Annual Interest Rates:

| Year 1 | 0.00% | Year 6 | 8.00% |
|---|---|---|---|
| Year 2 | 8.00% | Year 7 | 8.00% |
| Year 3 | 8.00% | Year 8 | 8.00% |
| Year 4 | 8.00% | Year 9 | 8.00% |
| Year 5 | 8.00% | Years 10 to 20 | 8.00% |

| Payment No. | Due Date | Payment Amount | Billing Charge | Amortization | Principal | Principal Balance |
|---|---|---|---|---|---|---|
| 1 | 12/01/06 | 3,079.63 | 0.00 | 0.00 | 3,079.63 | 64,228.77 |
| 2 | 01/01/07 | 3,079.63 | 39.25 | 0.00 | 3,040.38 | 61,188.39 |
| 3 | 02/01/07 | 3,079.63 | 19.44 | 0.00 | 3,060.19 | 58,128.19 |
| 4 | 03/01/07 | 3,079.63 | 0.00 | 0.00 | 3,079.63 | 55,048.56 |
| 5 | 04/01/07 | 3,079.63 | 39.25 | 0.00 | 3,040.38 | 52,008.18 |
| 6 | 05/01/07 | 3,079.63 | 19.44 | 0.00 | 3,060.19 | 48,947.99 |
| 7 | 06/01/07 | 3,079.63 | 0.00 | 0.00 | 3,079.63 | 45,868.36 |
| 8 | 07/01/07 | 3,079.63 | 39.25 | 0.00 | 3,040.38 | 42,827.98 |
| 9 | 08/01/07 | 3,079.63 | 19.44 | 0.00 | 3,060.19 | 39,767.78 |
| 10 | 09/01/07 | 3,079.63 | 0.00 | 0.00 | 3,079.63 | 36,688.15 |
| 11 | 10/01/07 | 3,079.63 | 39.25 | 0.00 | 3,040.38 | 33,647.77 |
| 12 | 11/01/07 | 3,079.63 | 19.44 | 0.00 | 3,060.19 | 30,587.58 |
| 13 | 12/01/07 | 3,079.63 | 0.00 | 2,447.01 | 632.62 | 29,954.95 |
| 14 | 01/01/08 | 3,079.63 | 39.25 | 0.00 | 3,040.38 | 26,914.57 |
| 15 | 02/01/08 | 3,079.63 | 19.44 | 0.00 | 3,060.19 | 23,854.38 |
| 16 | 03/01/08 | 3,079.63 | 0.00 | 0.00 | 3,079.63 | 20,774.75 |
| 17 | 04/01/08 | 3,079.63 | 39.25 | 0.00 | 3,040.38 | 17,734.37 |
| 18 | 05/01/08 | 3,079.63 | 19.44 | 0.00 | 3,060.19 | 14,674.17 |
| 19 | 06/01/08 | 3,079.63 | 0.00 | 0.00 | 3,079.63 | 11,594.54 |
| 20 | 07/01/08 | 3,079.63 | 39.25 | 0.00 | 3,040.38 | 8,554.16 |
| 21 | 08/01/08 | 3,079.63 | 19.44 | 0.00 | 3,060.19 | 5,493.97 |
| 22 | 09/01/08 | 3,079.63 | 0.00 | 0.00 | 3,079.63 | 2,414.34 |
| 23 | 10/01/08 | 2,429.87 | 15.53 | 0.00 | 2,414.34 | 0.00 |

NOTE:

THIS PAYMENT SCHEDULE ASSUMES ALL MONTHLY PAYMENTS ARE TIMELY MADE AND DOES NOT ACCOUNT FOR ANY DELINQUENT CHARGES THAT MAY ACCRUE DUE TO LATE PAYMENTS.

MERRILL'S CONTRACTORS, INC.
EXPLANATION AND CALCULATION OF
2004 70% DECLINE PARTIAL WITHDRAWAL

## EXPLANATION

In accordance with ERISA Section 4205(b)(1), there is a 70% decline for any plan year if, during each plan year in the "3-year testing period", the employer's contribution base units do not exceed 30 percent of the employer's contribution base units for the "high base year."

The term "3-year testing period" means the period of the plan year in which the withdrawal occurred and the immediately preceding 2 plan years. The number of contribution base units (CBU's) for the high base year is the average number of such units for the 2 plan years for which the employer's CBU's were the highest within the 5 plan years immediately preceding the beginning of the 3-year testing period.

In Merrill's Contractors, Inc. situation, the 3-year testing period is 2002, 2003 and 2004. The 5 plan years prior to the testing period are 1997-2001 and the highest 2 plan years were 1997 and 1998.

## CALCULATION

| TWO HIGHEST PLAN YEARS | CBU'S | |
|---|---|---|
| 1997 | 198.6 | |
| 1998 | 87.8 | |
| Total | | 286.40 |
| Average Number (÷ 2) | | 143.20 |
| Multiply by 30% | | x 30% |
| CBU'S to **Maintain** in "3 year Testing Period" | | 42.96 |

Since Merrill's Contractors, Inc. failed to maintain at least 42.96 CBUs for any year during the 3-year testing period, a 70% partial withdrawal has been incurred.

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 12/29/1996 - 12/25/2004

Controlled Group as of : 12/25/2004

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS IN* | | | | | | | |
| | 1997 | $17,675.40 | 0 | 0 | 993 | 0.00 | 198.60 |
| | 1998 | $7,814.20 | 0 | 0 | 439 | 0.00 | 87.80 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,942.00 | 0 | 0 | 390 | 0.00 | 78.00 |
| | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62.8 |
| | 2002 | $164.20 | 0 | 0 | 9 | 0.00 | 1.80 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2004 | $228.00 | 0 | 0 | 10 | 0.00 | 2.00 |
| *Totals for Employer:* | | $45,800.00 | 0 | 0 | 2570 | 0.00 | 514.00 |

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
Employer : MERRILLS CONTRACTORS INC - 5281100
Pension Fund
PERIOD : 12/29/1996 - 12/25/2004
Controlled Group as of : 12/25/2004
## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0205 - 00279A MERRILLS CONTRACTORS INC | 1997 | $1,548.60 | 0 | 0 | 87 | 0.00 | 17.40 |
| | 1998 | $35.60 | 0 | 0 | 2 | 0.00 | 0.40 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $409.40 | 0 | 0 | 23 | 0.00 | 4. |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2002 | $75.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2004 | $228.00 | 0 | 0 | 10 | 0.00 | 2.00 |
| 5281100 - 0205 - 00916A MERRILLS CONTRACTORS INC | 1997 | $16,126.80 | 0 | 0 | 906 | 0.00 | 181.20 |
| | 1998 | $7,778.60 | 0 | 0 | 437 | 0.30 | 87.40 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,532.60 | 0 | 0 | 367 | 0.00 | 73.40 |
| | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62 |
| | 2002 | $89.00 | 0 | 0 | 5 | 0.00 | 1.00 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2004 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| Total for Employer: | | $45,800.00 | 0 | 0 | 2570 | 0.00 | 514.00 |
| *Total for Employer:* | | $45,800.00 | 0 | 0 | 2570 | 0.00 | 514.00 |



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery Mail your check and this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Dec 1, 2006 |
| **Installment 1 of 23:** | $3,079 63 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the Withdrawal Liability Department at (847) 518-9800, extension 3608

---

Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery. Mail your check and this Remittance Notice to the Fund at the address as follows:

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Jan 1, 2007 |
| **Installment 2 of 23:** | $3,079.63 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeas ... I Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:  **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
     **ACCOUNT NO:**  5281100 - 0001
     **ASSESSMENT NO:**  5281100-WL060179-03
     **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Feb 1, 2007 |
| **Installment 3 of 23:** | $3,079.63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the Withdrawal Liability Department at (847) 518-9800, extension 3608

---



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:  **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
     **ACCOUNT NO:**  5281100 - 0001
     **ASSESSMENT NO:**  5281100-WL060179-03
     **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery. Mail your check and this Remittance Notice to the Fund at the address as follows·

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Mar 1, 2007 |
| **Installment 4 of 23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the Withdrawal Liability Department at (847) 518-9800, extension 3608.



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check.  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Apr 1, 2007 |
| **Installment 5  of  23:** | $3,079 63 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments.  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608

---



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check.  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | May 1, 2007 |
| **Installment 6  of  23:** | $3,079 63 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast    Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:** MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**    5281100 - 0001
       **ASSESSMENT NO:** 5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery. Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Jun 1, 2007 |
| **Installment 7 of 23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:** MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**    5281100 - 0001
       **ASSESSMENT NO:** 5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Jul 1, 2007 |
| **Installment 8 of 23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments.  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Aug 1, 2007 |
| **Installment 9 of 23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608

---

Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows·

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Sep 1, 2007 |
| **Installment 10 of 23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:  **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
     **ACCOUNT NO:**  5281100 - 0001
     **ASSESSMENT NO:**  5281100-WL060179-03
     **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Oct 1, 2007 |
| **Installment 11  of  23:** | $3,079 63 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608

---



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:  **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
     **ACCOUNT NO:**  5281100 - 0001
     **ASSESSMENT NO:**  5281100-WL060179-03
     **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Nov 1, 2007 |
| **Installment 12  of  23:** | $3,079.63 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

### REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
         **ACCOUNT NO:**     5281100 - 0001
         **ASSESSMENT NO:**  5281100-WL060179-03
         **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Dec 1, 2007 |
| **Installment 13  of  23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

### REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
         **ACCOUNT NO:**     5281100 - 0001
         **ASSESSMENT NO:**  5281100-WL060179-03
         **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Jan 1, 2008 |
| **Installment 14  of  23:** | $3,079.63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Feb 1, 2008 |
| **Installment 15  of  23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments.  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608.

Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-03
       **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Mar 1, 2008 |
| **Installment 16  of  23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments.  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:      **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
         **ACCOUNT NO:**      5281100 - 0001
         **ASSESSMENT NO:**   5281100-WL060179-03
         **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery. Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Apr 1, 2008 |
| **Installment 17 of 23:** | $3,079 63 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:      **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
         **ACCOUNT NO:**      5281100 - 0001
         **ASSESSMENT NO:**   5281100-WL060179-03
         **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery. Mail your check and
this Remittance Notice to the Fund at the address as follows.

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | May 1, 2008 |
| **Installment 18 of 23:** | $3,079 63 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**      5281100 - 0001
       **ASSESSMENT NO:**   5281100-WL060179-03
       **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

**Due Date:**                                    Jun 1, 2008

**Installment 19  of  23:**                      $3,079 63

**Amount of Remittance:**                        _____

**Check Number:**                                _____

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608

---

Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**      5281100 - 0001
       **ASSESSMENT NO:**   5281100-WL060179-03
       **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery. Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

**Due Date:**                                    Jul 1, 2008

**Installment 20  of  23:**                      $3,079 63

**Amount of Remittance:**                        _____

**Check Number:**                                _____

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608.



Central States Southeas... t Southwest Areas
Health and Welfare and P... sion Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**      5281100 - 0001
       **ASSESSMENT NO:**   5281100-WL060179-03
       **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Aug 1, 2008 |
| **Installment 21  of  23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**      5281100 - 0001
       **ASSESSMENT NO:**   5281100-WL060179-03
       **TRANSACTION NO:**  1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Sep 1, 2008 |
| **Installment 22  of  23:** | $3,079 63 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:   **EMPLOYER NAME:** MERRILLS CONTRACTORS INC
      **ACCOUNT NO:**   5281100 - 0001
      **ASSESSMENT NO:**  5281100-WL060179-03
      **TRANSACTION NO:** 1458036

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

Central States, Southeast and Southwest Areas Pension Fund
Attn: Withdrawal Liability Department
Department 10291
Palatine, Illinois 60055-0291

**Due Date:**                                    Oct 1, 2008

**Installment 23  of  23:**                      $2,429 87

**Amount of Remittance:**                        _____

**Check Number:**                                _____

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments.  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

 **Tracking** | Support | Business Solutions | Preferred Customer

🔒 Welcome, Ed Homan | Logout

My UPS | A

## Tracking

→ **Track Shipments**
> Track by Reference
> Get Signature Images
> Track by E-mail
> Import Tracking
  Numbers 🔒
> SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment 🔒
→ Help

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

Printer Frier

**Tracking Detail**

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 395 1X9 22 1010 257 2 |
| Type: | Package Proof of Delivery 🔗 |
| Status: | **Delivered** |
| Delivered on: | 11/10/2006 9:49 A.M. |
| Signed by: | BATEMAN |
| Location: | RECEIVER |
| Delivered to: | US |
| Service Type: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, IL, US | 11/10/2006 | 9:49 A.M. | DELIVERY |
| | 11/10/2006 | 8:12 A.M. | OUT FOR DELIVERY |
| | 11/10/2006 | 7:18 A.M. | DESTINATION SCAN |
| | 11/10/2006 | 6:45 A.M. | ARRIVAL SCAN |
| ADDISON, IL, US | 11/10/2006 | 3:09 A.M. | DEPARTURE SCAN |
| ADDISON, IL, US | 11/09/2006 | 11:40 P.M. | ARRIVAL SCAN |
| NORTHBROOK, IL, US | 11/09/2006 | 10:50 P.M. | DEPARTURE SCAN |
| | 11/09/2006 | 9:37 P.M. | ORIGIN SCAN |
| | 11/09/2006 | 6:00 P.M. | PICKUP SCAN |

Tracking results provided by UPS:  11/10/2006 1:19 P.M.  EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**[SM]

E-mail this page to up to three recipients.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

**Tracking Number:**  1Z 395 1X9 22 1010 257 2
**Service Type:**     NEXT DAY AIR
**Delivered on:**     11/10/2006 9:49 A.M.
**Delivered to:**     US
**Signed by:**        BATEMAN
**Location:**         RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 11/10/2006 1:20 P.M.  EST
(USA)

Exhibit A - 6

**CENTRAL STATES
SOUTHEAST AND
SOUTHWEST AREAS
PENSION FUND**

**EMPLOYEE TRUSTEES**
FRED GEGARE
JERRY YOUNGER
GEORGE J. WESTLEY
CHARLES A. WHOBREY
PHILIP E. YOUNG

**EMPLOYER TRUSTEES**
HOWARD McDOUGALL
ARTHUR H. BUNTE, JR.
TOM J. VENTURA
GARY F. CALDWELL
CHRISTOPHER J. LANGAN

**EXECUTIVE DIRECTOR**
THOMAS C. NYHAN

December 19, 2006

**VIA UPS NEXT DAY DELIVERY**
#1Z 395 1X9 22 1010 7504

Mr. Charles T. Merrill
Owner
Merrill's Contractors
1900 E. Truman Road
Springfield, IL 62703-3941

RE:    PAST DUE NOTICE AND DEMAND FOR PAYMENT OF WITHDRAWAL LIABILITY
MERRILL'S CONTRACTORS, INC.
ASSESSMENT NO.: 5281100-WL060179-03

Dear Mr. Merrill:

A Notice and Demand for Payment of Withdrawal Liability was forwarded to your attention
on November 9, 2006. The total amount of such liability is $67,308.40.

The notice called for payment of your withdrawal liability in one of two ways:

(1)    The entire outstanding obligation on or before December 1, 2006; or

(2)    By monthly installments in accordance with the payment schedule which
accompanied the notice and demand.

These installments include amortization charges on the unpaid balance.

**Your account is now past due.** Please note that interest is charged on the delinquent
monthly installments. This interest is determined according to the prime interest charged by
the Chase Manhattan Bank of New York plus 2% and is adjusted monthly.

TOTAL BALANCE DUE IMMEDIATELY . . . $3,105.94

To avoid future collection enforcement activity, please forward payment for the above
balance **immediately** to the following address:

CENTRAL STATES WITHDRAWAL LIABILITY
Department 10291
Palatine, Illinois 60055-0291
ASSESSMENT NO.: 5281100-WL060179-03

Mr. Charles T. Merrill
December 19, 2006
Page Two

If payment is not received immediately, the Fund may pursue collection of the interim payments at any time. In the event that payment is not forthcoming within sixty (60) days from the date of receipt of this notice, you will be held in default in accordance with Section 4219 of ERISA, and the entire withdrawal liability in the amount of $67,308.40 will be due immediately and the account will be referred to Fund counsel for collection.

If you have any questions regarding the above, please contact the undersigned at (847) 518-9800, extension 3612.

Sincerely,

LaTanya Gray
Operations Accountant
Collections





Home | About UPS | Contact UPS | Getting Started @ UPS com

UPS Uni

**Shipping** | Tracking | **Support** | **Business Solutions** | **Preferred Customer**

## Tracking

→ **Track Shipments**
  > Track by Reference
  > Get Signature Images
  > Track by E-mail
  > Import Tracking
    Numbers ▪
  > SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment ▪
→ Help

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

▪ Welcome, Ed Homan | Logout

My UPS | A

# Track Shipments

Track Packages & Freight      Quantum View      Flex Global View

**Tracking Detail**                                      Printer Friei

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 395 1X9 22 1010 750 4 |
| Type: | Package Proof of Delivery ⤢ ▪ |
| Status: | **Delivered** |
| Delivered on: | 12/20/2006 10:41 A.M. |
| Signed by: | BATEMAN |
| Location: | RECEIVER |
| Delivered to: | 1900 TRUMAN RD ▪ |
| | SPRINGFIELD, IL, US  62703 ▪ |
| Service Type: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, IL, US | 12/20/2006 | 10:41 A.M. | DELIVERY |
| | 12/20/2006 | 7:46 A.M. | OUT FOR DELIVERY |
| | 12/20/2006 | 7:42 A.M. | DESTINATION SCAN |
| | 12/20/2006 | 6:45 A.M. | ARRIVAL SCAN |
| ADDISON, IL, US | 12/20/2006 | 3:11 A.M. | DEPARTURE SCAN |
| ADDISON, IL, US | 12/19/2006 | 11:28 P.M. | ARRIVAL SCAN |
| NORTHBROOK, IL, US | 12/19/2006 | 10:47 P.M. | DEPARTURE SCAN |
| | 12/19/2006 | 8:26 P.M. | ORIGIN SCAN |
| | 12/19/2006 | 5:51 P.M. | PICKUP SCAN |

Tracking results provided by UPS:  12/21/2006 8:58 A.M.  EST (USA)

Printer Friendly

### Get Notified: Quantum View Notify[SM]

E-mail this page to up to three recipients.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**  1Z 395 1X9 22 1010 750 4
**Service Type:**  NEXT DAY AIR
**Delivered on:**  12/20/2006 10:41 A.M
**Delivered to:**  1900 TRUMAN RD
             SPRINGFIELD, IL, US 62703
**Signed by:**  BATEMAN

**Location:**  RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  12/21/2006 8:58 A.M.  EST (USA)

Exhibit A - 7



**CENTRAL    ATES**
**SOUTHEAST AND**
**SOUTHWEST AREAS**
**PENSION FUND**

FRED GEGARE
JERRY YOUNGER
GEORGE J WESTLEY
CHARLES A WHOBREY
PHILIP E YOUNG

EMPLOYER TRUSTEES
HOWARD McDOUGALL
ARTHUR H BUNTE, JR
TOM J VENTURA
GARY F CALDWELL
CHRISTOPHER J LANGAN

EXECUTIVE DIRECTOR
THOMAS C NYHAN

November 9, 2006

Mr. Charles T. Merrill
Merrill's Contractors, Inc.
Owner
1900 E. Truman Rd.
Springfield, IL 62703-3941

**VIA UPS NEXT DAY DELIVERY**
#1Z 395 1X9 22 1010 2563

RE:    NOTICE AND DEMAND FOR PAYMENT OF WITHDRAWAL LIABILITY
       MERRILL'S CONTRACTORS, INC.
       ASSESSMENT NO.: 5281100-WL060179-04
       WITHDRAWN ACCOUNT NO.: 5281100-0205

Dear Mr. Merrill:

This is a demand for payment of withdrawal liability incurred as a result of a permanent cessation of contributions to Central States, Southeast and Southwest Areas Pension Fund (the "Fund") by the above captioned business on behalf of some, or all, of its bargaining unit employees.  This demand is made pursuant to Section 4219 of the Employee Retirement Income Security Act of 1974, as amended (29 U.S. C. 1399 (b)), and applies equally to all members of any controlled group of trades or businesses, as defined in Section 414(c) of the Internal Revenue Code, of which the above captioned business is a member.

The total amount of such withdrawal liability is $31,102.51.

Please make your check payable to Central States Southeast and Southwest Areas Pension Fund (please write the assessment number on your check) and forward it to the address as follows:

CENTRAL STATES WITHDRAWAL LIABILITY
Department 10291
Palatine, Illinois 60055-0291

If you would prefer to utilize Electronic Funds Transfer ("Wire Transfer"), the following is the Fund's account information:

Mellon Bank, N.A.
American Banking Association Number: 043-000-261
Account No. 093-2289
Beneficiary: Central States Pension Fund

Mr. Charles T. Merrill
November 9, 2006
Page Two

At your option, the withdrawal liability may be amortized and paid in monthly installments according to the enclosed minimum required payment schedule, or such liability may be paid in a lump sum. No penalty, interest or amortization charges will be applied if payment of the entire withdrawal liability is received by this office on or before December 1, 2006. If you choose the monthly installment option, amortization charges will accrue on the outstanding balance at the annual rates indicated on the enclosed minimum required payment schedule

Subject to applicable regulations, if any payment of withdrawal liability is not made when due and such payment plus delinquency charges is not made within sixty (60) days after receiving written notice from the Fund of such delinquency, the Fund may require immediate payment of the remaining balance of the withdrawal liability plus delinquency charges accrued from the due date of the first payment which was not timely made.

Enclosed herewith are documents as follows:

1.  A copy of the withdrawal liability calculation;

2.  A copy of the minimum required payment schedule for the monthly installment option;

3.  A set of remittance notices to be included with your monthly installments; and

4.  A copy of the Fund's procedure governing review of any items relating to the determination and calculation of withdrawal liability, the minimum required payment schedule, and the resolution of disputes regarding withdrawal liability.

Sincerely,

Andrew Sprau
Department Manager
Collections

AS:lg-notice and demand letter
Enclosure

Controlling Employer Name       Merrill's Contractors, Inc
Assessment Number                5281100-WL060179-04

Withdrawn Company Name          Merrill's Contractors, Inc
Address

Type of Calculation:            2005 Complete Withdrawal

Date Prepared:                  November 6, 2006

Section I - Pre-1980 Pool

a  Withdrawn Employer's Contributions

| (1975 - 1979) | Year | Contributions | # CBUs |
|---|---|---|---|
| | 1975 | 0.00 | 0.0 |
| | 1976 | 0.00 | 0.0 |
| | 1977 | 0.00 | 0.0 |
| | 1978 | 0.00 | 0.0 |
| | 1979 | 0.00 | 0.0 |
| | Total | 0.00 | |

b  All Employer's Contributions (1975 - 1979)          1,993,217,854

c  Allocation Fraction                                 0.0000000000

d  Unamortized 12/31/79 UVB                            0

e, Pre-1980 Pool Liability                            $0.00

Section II - Post-1979 Pool

a  Withdrawn Employer's Contributions

| Last 10 Years | Year | Contributions | #CBUs |
|---|---|---|---|
| | 1995 | 31,755.20 | 356.8 |
| | 1996 | 25,810.00 | 290.0 |
| | 1997 | 17,675.40 | 198.6 |
| | 1998 | 7,814.20 | 87.8 |
| | 1999 | 7,387.00 | 83.0 |
| | 2000 | 6,942.00 | 78.0 |
| | 2001 | 5,589.20 | 62.8 |
| | 2002 | 164.20 | 1.8 |
| | 2003 | 0.00 | 0.0 |
| | 2004 | 228.00 | 2.0 |
| | Total | $103,365.20 | |

b. All Employers' Contributions Last 10 Years         9,157,288,801

c. Allocation Fraction                                 0.0000112878

d. Net Change in UVB @ 12/31/04                       10,878,773,887

e  Post-1979 Pool Liability                           $122,796.90

Controlling Employer Name:          Merrill's Contractors, Inc
Assessment Number

Withdrawn Company Name              Merrill's Contractors, Inc


Section III - Adjustments to Liability

a.  Unadjusted Liability                            $122,796.90

b   De Minimis Rule                                  27,203 10

c.  Prior Assessment Credit                          64,491.29

d   Partial Prorate                                       0 00

e.  Sec. 4225 Limitations                                 0.00

f   Adjusted Liability                               $31,102 51


Section IV  -  Partial Prorate

a.  # CBUs in Next Year                                    0.0

b   5 Year Average # CBUs
        Year        # CBUs
        2000         78.0
        2001         62 8
        2002          1 8
        2003          0.0
        2004          2 0
        Total       144 6

    5 Year Average                                        28 9

c.  Prorate Fraction                             1 0000000000

d   Remaining Liability                             95,593.80

e  Partial Prorate                                     $0.00

Withdrawn Company Name.              Merrill's Contractors, Inc

Payment Schedule

a.  High Contribution Rate  (Weekly Rate Basis)                    $128 00

b   3 Year Average # CBUs

| Year | # CBUs |
|------|--------|
| 1995 | 356 8 |
| 1996 | 290 0 |
| 1997 | 198.6 |
| TOTAL | 845 4 |

3 Year Average                                                    281.8

c   Partial Prorate Fraction                                      1 0000000000

d   Annual Payment                                                $36,070 40

e.  Assessment                                                    $31,102 51

f   Amortization Period

| Year | Rate | Interest | Opening Balance | Closing Balance |
|------|------|----------|-----------------|-----------------|
| 1 | 0.00 | 0 00 | 31,102.51 | 0.00 |
| 2 | 0.08 | 0.00 | 0 00 | 0.00 |
| 3 | 0 08 | 0 00 | 0.00 | 0 00 |
| 4 | 0.08 | 0.00 | 0.00 | 0.00 |
| 5 | 0.08 | 0.00 | 0.00 | 0.00 |
| 6 | 0 08 | 0.00 | 0.00 | 0.00 |
| 7 | 0.08 | 0.00 | 0.00 | 0.00 |
| 8 | 0.08 | 0.00 | 0.00 | 0 00 |
| 9 | 0.08 | 0.00 | 0.00 | 0.00 |
| 10 | 0.08 | 0.00 | 0.00 | 0.00 |
| 11 | 0.08 | 0 00 | 0.00 | 0.00 |
| 12 | 0.08 | 0.00 | 0.00 | 0.00 |
| 13 | 0.08 | 0.00 | 0.00 | 0 00 |
| 14 | 0 08 | 0.00 | 0.00 | 0.00 |
| 15 | 0.08 | 0.00 | 0.00 | 0.00 |
| 16 | 0.08 | 0 00 | 0.00 | 0.00 |
| 17 | 0.08 | 0.00 | 0 00 | 0.00 |
| 18 | 0.08 | 0.00 | 0.00 | 0 00 |
| 19 | 0.08 | 0.00 | 0.00 | 0.00 |
| 20 | 0.08 | 0.00 | 0 00 | 0 00 |

g   Monthly Payment Amount                    $3,025.16

h.  # of Monthly Payments                      10.35

i.  First Payment Due Date                 December 1, 2002

Credit For Prior Year Partial Withdrawal

Enter the number of partial withdrawals in prior years.                                              3
Enter the Controlling Employer Name                    Merrill's Contractors, Inc
Enter the Current Withdrawal Year                                 2005

Enter the following information for the partial withdrawal with the
earliest withdrawal date.

| | | |
|---|---|---|
| | Withdrawn Company Name. | Merrill's Contractors, Inc |
| | Assessment No. | 5281100-WL060179-01 |
| | Prior Partial Withdrawal Year | 1999 |
| * | Interest Rate For Prior Assmt. | 8 00% |
| | Prior Assessment. | 15,331 65 |
| | Pre-1980 Pool Contributions | $0 00 |
| * | Pre-1980 Pool Fraction. | 0 0000000000 |
| * | Current Pre-1980 Pool: | 0 00 |
| | Unadjusted Post-1979 Pool | 65,428.16 |
| | Unadjusted Prior Assessment | 65,428 16 |
| | Partial Prorate Fraction. | 0 9937447873 |
| | Prior Assmt. Reductions/Write Offs: | 0.00 |

10-Year Amortization Of Prior Assessment Post-1979 Pool
************* ********************** *********************

| Calendar Year | Amort. Year | Unamortized Balance | Interest | Imputed Payment |
|---|---|---|---|---|
| 1999 | 0 | 65,428.16 | 5,234 25 | 9,750.73 |
| 2000 | 1 | 60,911.69 | 4,872.94 | 9,750.73 |
| 2001 | 2 | 56,033.90 | 4,482 71 | 9,750.73 |
| 2002 | 3 | 50,765.88 | 4,061 27 | 9,750 73 |
| 2003 | 4 | 45,076.43 | 3,606 11 | 9,750.73 |
| 2004 | 5 | 38,931 82 | 3,114.55 | 9,750.73 |
| 2005 | 6 | 32,295.64 | 2,583 65 | 9,750.73 |
| 2006 | 7 | 25,128 56 | 2,010 29 | 9,750.73 |
| 2007 | 8 | 17,388.12 | 1,391 05 | 9,750.73 |
| 2008 | 9 | 9,028.45 | 722 28 | 9,750 73 |
| 2009 | 10 | 0.00 | | |

29 CFR 4206.5(c)(1) Adjustment.

| | |
|---|---|
| Current Pre-1980 Pool: | 0.00 |
| Unamortized Prior Assessment Unadjusted Post-1979 Pool: | 32,295 64 |
| | ------------------------- |
| Unamortized Old Liabilities Prior Assessment Partial Prorate Fraction: | 32,295 64 |
| | 0.9937447873 |
| | ------------------------- |
| 29 CFR 4206 5(c)(1) | 32,093.62 |

29 CFR 4206 5(c)(2) Adjustment.

| | |
|---|---|
| Prior Assessment: | 15,331.65 |
| Unadjusted Prior Assessment. Prior Assessment Partial Prorate Fraction: | 65,428 16 |
| | 0.9937447873 |
| Adjustment Fraction Denominator | 0 2358029998 |
| | ------------------------- |
| 29 CFR 4206.5(c)(2) | 7,567 77 |

Controlling Employer Name          Merrill's Contractors, Inc
Current Withdrawal Year               2005

Enter the following information for the partial withdrawal with the
     second earliest withdrawal date.

| | |
|---|---|
| Withdrawn Company Name | Merrill's Contractors, Inc |
| Assessment No . | 5281100-WL060179-02 |
| Prior Partial Withdrawal Year | 2001 |
| *   Interest Rate For Prior Assmt | 8.00% |
| Prior Assessment | $6,820 21 |
| Pre-1980 Pool Contributions | $0.00 |
| *   Pre-1980 Pool Fraction | 0.0000000000 |
| *   Current Pre-1980 Pool: | 0 00 |
| Unadjusted Post-1979 Pool | 70,224 79 |
| Unadjusted Prior Assessment: | 70,224 79 |
| Partial Prorate Fraction | 0.9864388392 |
| Prior Assmt  Reductions/Write Offs. | 0 00 |

10-Year Amortization Of Prior Assessment Post-1979 Pool

| Calendar Year | Amort Year | Unamortized Balance | Interest | Imputed Payment |
|---|---|---|---|---|
| 2001 | 0 | 70,224.79 | 5,617.98 | 10,465.56 |
| 2002 | 1 | 65,377.21 | 5,230.18 | 10,465 56 |
| 2003 | 2 | 60,141.82 | 4,811.35 | 10,465.56 |
| 2004 | 3 | 54,487 60 | 4,359 01 | 10,465 56 |
| 2005 | 4 | 48,381 05 | 3,870 48 | 10,465.56 |
| 2006 | 5 | 41,785.96 | 3,342.88 | 10,465.56 |
| 2007 | 6 | 34,663 28 | 2,773.06 | 10,465.56 |
| 2008 | 7 | 26,970 77 | 2,157 66 | 10,465 56 |
| 2009 | 8 | 18,662.87 | 1,493.03 | 10,465.56 |
| 2010 | 9 | 9,690.34 | 775 23 | 10,465 56 |
| 2011 | 10 | 0.00 | | |

29 CFR 4206 5(c)(1) Adjustment

| | |
|---|---|
| Current Pre-1980 Pool | 0 00 |
| Unamortized Prior Assessment Unadjusted Post-1979 Pool. | 48,381 05 |
| Unamortized Old Liabilities: | 48,381 05 |
| Prior Assessment Partial Prorate Fraction | 0.9864388392 |
| 29 CFR 4206.5(c)(1) | 47,724 94 |

29 CFR 4206 5(c)(2) Adjustment

| | |
|---|---|
| Prior Assessment | 6,820 21 |
| Unadjusted Prior Assessment: Prior Assessment Partial Prorate Fraction. | 70,224 79 0.9864388392 |
| Adjustment Fraction Denominator. | 0.0984548545 |
| 29 CFR 4206 5(c)(2) | 4,698 75 |

Credit For Prior Year Partial Withdrawal

Controlling Employer Name:     Merrill's Contractors, Inc
Current Withdrawal Year     2005

Enter the following information for the partial withdrawal with the
    third earliest withdrawal date

| | |
|---|---|
| Withdrawn Company Name | Merrill's Contractors, Inc. |
| Assessment No. | 5281100-WL060179-03 |
| Prior Partial Withdrawal Year | 2002 |
| Interest Rate For Prior Assmt | 8.00% |
| Prior Assessment | $67,308.40 |
| Pre-1980 Pool Contributions. | $0 00 |
| Pre-1980 Pool Fraction. | 0.0000000000 |
| Current Pre-1980 Pool. | 0 00 |
| Unadjusted Post-1979 Pool | 122,015 82 |
| Unadjusted Prior Assessment | 122,015 82 |
| Partial Prorate Fraction. | 0.9098392787 |
| Prior Assmt. Reductions/Write Offs | 0 00 |

10-Year Amortization Of Prior Assessment Post-1979 Pool
*********** *********************** **********************

| Calendar Year | Amort Year | Unamortized Balance | Interest | Imputed Payment |
|---|---|---|---|---|
| 2002 | 0 | 122,015.82 | 9,761.27 | 18,183.96 |
| 2003 | 1 | 113,593.13 | 9,087 45 | 18,183.96 |
| 2004 | 2 | 104,496.63 | 8,359.73 | 18,183.96 |
| 2005 | 3 | 94,672.40 | 7,573.79 | 18,183.96 |
| 2006 | 4 | 84,062.24 | 6,724.98 | 18,183.96 |
| 2007 | 5 | 72,603.26 | 5,808.26 | 18,183 96 |
| 2008 | 6 | 60,227.57 | 4,818 21 | 18,183.96 |
| 2009 | 7 | 46,861.82 | 3,748 95 | 18,183.96 |
| 2010 | 8 | 32,426 81 | 2,594.14 | 18,183.96 |
| 2011 | 9 | 16,837 00 | 1,346.96 | 18,183.96 |
| 2012 | 10 | 0 00 | | |

29 CFR 4206 5(c)(1) Adjustment:

| | |
|---|---|
| Current Pre-1980 Pool: | 0 00 |
| Unamortized Prior Assessment Unadjusted Post-1979 Pool. | 94,672.40 |
| | ----------------------------- |
| Unamortized Old Liabilities. | 94,672 40 |
| Prior Assessment Partial Prorate Fraction | 0.9098392787 |
| | ----------------------------- |
| 29 CFR 4206 5(c)(1) | 86,136 67 |

29 CFR 4206.5(c)(2) Adjustment.

| | |
|---|---|
| Prior Assessment: | 67,308.40 |
| Unadjusted Prior Assessment. | 122,015 82 |
| Prior Assessment Partial Prorate Fraction | 0.9098392787 |
| Adjustment Fraction Denominator | 0.6063012202 |
| | ----------------------------- |
| 29 CFR 4206 5(c)(2) | 52,224 77 |

Summary Page For Three Prior Assessments

Credit For Prior Year Partial Withdrawal
************** ************************* ************************

Controlling Employer Name.                    Merrill's Contractors, Inc


29 CFR 4206.8 - Reduction Of Credit For Reduction Of
        Prior Partial Withdrawal Assessments.

Prior Reductions/Write Offs.                          0 00
Principal Deemed Collectible
        From Prior Assessments:                  89,460 26

Prior Assessments                                89,460 26

Adj. Fraction                                 1 0000000000

Total Credit For Prior Assmts.                   64,491 29
                                          =================

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : MERRILLS CONTRACTORS INC - 5281100

Pension Fund

PERIOD : 01/01/1995 - 12/25/2004

Controlled Group as of : 09/24/2005

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS IN* | | | | | | | |
| | 1995 | $31,755.20 | 0 | 0 | 1784 | 0.00 | 356.80 |
| | 1996 | $25,810.00 | 0 | 0 | 1450 | 0.00 | 290.00 |
| | 1997 | .$17,675.40 | 0 | 0 | 993 | 0.00 | 198.60 |
| | 1998 | $7,814.20 | 0 | 0 | 439 | 0.00 | 87.80 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,942.00 | 0 | 0 | 390 | 0.00 | 78.00 |
| | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62.80 |
| | 2002 | $164.20 | 0 | 0 | 9 | 0.00 | 1.80 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2004 | $228.00 | 0 | 0 | 10 | 0.00 | 2.00 |
| *Totals for Employer:* | | $103,365.20 | 0 | 0 | 5804 | 0.00 | 1,160.80 |

**CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS**
Employer : MERRILLS CONTRACTORS INC · 5281100
Pension Fund
PERIOD : 01/01/1995 - 12/25/2004
Controlled Group as of : 09/24/2005
PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *5281100 - MERRILLS CONTRACTORS INC* | | | | | | | |
| 5281100 - 0205 - 00279A | 1995 | $640.80 | 0 | 0 | 36 | 0.00 | 7.20 |
| MERRILLS CONTRACTORS INC | 1996 | $71.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| | 1997 | $1,548.60 | 0 | 0 | 87 | 0.00 | 17.40 |
| | 1998 | $35.60 | 0 | 0 | 2 | 0.00 | 0.40 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $409.40 | 0 | 0 | 23 | 0.00 | 4.60 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2002 | $75.20 | 0 | 0 | 4 | 0.00 | 0.80 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2004 | $228.00 | 0 | 0 | 10 | 0.00 | 2.00 |
| 5281100 - 0205 - 00525A | 1995 | $391.60 | 0 | 0 | 22 | 0.00 | 4.40 |
| MERRILLS CONTRACTORS INC | 1996 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1997 | $0.00 | 0 | 0 | 0 | 0.00 | 0 |
| | 1998 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 1999 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2000 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2001 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2002 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2004 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer · MERRILLS CONTRACTORS INC · 5281100

Pension Fund

PERIOD : 01/01/1995 - 12/25/2004

Controlled Group as of : 09/24/2005

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| 5281100 - MERRILLS CONTRACTORS INC | | | | | | | |
| 5281100 · 0205 · 00916A MERRILLS CONTRACTORS INC | 1995 | $30,722.80 | 0 | 0 | 1726 | 0.00 | 345.20 |
| | 1996 | $25,738.80 | 0 | 0 | 1446 | 0.00 | 289.20 |
| | 1997 | $16,126.80 | 0 | 0 | 906 | 0.00 | 181.20 |
| | 1998 | $7,778.60 | 0 | 0 | 437 | 0.00 | 87.40 |
| | 1999 | $7,387.00 | 0 | 0 | 415 | 0.00 | 83.00 |
| | 2000 | $6,532.60 | 0 | 0 | 367 | 0.00 | 73.40 |
| | 2001 | $5,589.20 | 0 | 0 | 314 | 0.00 | 62.80 |
| | 2002 | $89.00 | 0 | 0 | 5 | 0.00 | 1.00 |
| | 2003 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| | 2004 | $0.00 | 0 | 0 | 0 | 0.00 | 0.00 |
| Total for Employer: | | $103,365.20 | 0 | 0 | 5804 | 0.00 | 1160.80 |
| Total for Employer: | | $103,365.20 | 0 | 0 | 5804 | 0.00 | 1160.80 |

Employer Name:    Merrill's Contractors, Inc.
Assessment No.:    5281100-WL060179-04

Withdrawn Company:    Merrill's Contractors, Inc.
Withdrawal Date:    09/24/05    Withdrawal Type:    COMPLETE
Assessment:    $31,102.51
Prepayment:    $0.00
Balance to Amortize:    $31,102.51    Annual Payment:    $36,070.40
    1st Payment Due:    12/01/06

Annual Interest Rates:

| Year 1 | 0.00% | Year 6 | 8.00% |
| Year 2 | 8.00% | Year 7 | 8.00% |
| Year 3 | 8.00% | Year 8 | 8.00% |
| Year 4 | 8.00% | Year 9 | 8.00% |
| Year 5 | 8.00% | Years 10 to 20 | 8.00% |

| Payment No. | Due Date | Payment Amount | Billing Charge | Amortization | Principal | Principal Balance |
|---|---|---|---|---|---|---|
| 1 | 12/01/06 | 3,025.16 | 0.00 | 0.00 | 3,025.16 | 28,077.35 |
| 2 | 01/01/07 | 3,025.16 | 38.56 | 0.00 | 2,986.60 | 25,090.75 |
| 3 | 02/01/07 | 3,025.16 | 19.09 | 0.00 | 3,006.07 | 22,084.68 |
| 4 | 03/01/07 | 3,025.16 | 0.00 | 0.00 | 3,025.16 | 19,059.52 |
| 5 | 04/01/07 | 3,025.16 | 38.56 | 0.00 | 2,986.60 | 16,072.91 |
| 6 | 05/01/07 | 3,025.16 | 19.09 | 0.00 | 3,006.07 | 13,066.84 |
| 7 | 06/01/07 | 3,025.16 | 0.00 | 0.00 | 3,025.16 | 10,041.68 |
| 8 | 07/01/07 | 3,025.16 | 38.56 | 0.00 | 2,986.60 | 7,055.08 |
| 9 | 08/01/07 | 3,025.16 | 19.09 | 0.00 | 3,006.07 | 4,049.01 |
| 10 | 09/01/07 | 3,025.16 | 0.00 | 0.00 | 3,025.16 | 1,023.85 |
| 11 | 10/01/07 | 1,030.44 | 6.59 | 0.00 | 1,023.85 | -0.00 |

NOTE:

THIS PAYMENT SCHEDULE ASSUMES ALL MONTHLY PAYMENTS ARE TIMELY MADE AND DOES
NOT ACCOUNT FOR ANY DELINQUENT CHARGES THAT MAY ACCRUE DUE TO LATE PAYMENTS



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE: **EMPLOYER NAME:** MERRILLS CONTRACTORS INC
   **ACCOUNT NO:** 5281100 - 0001
   **ASSESSMENT NO:** 5281100-WL060179-04
   **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and this Remittance Notice to the Fund at the address as follows

   **Central States, Southeast and Southwest Areas Pension Fund**
   **Attn: Withdrawal Liability Department**
   **Department 10291**
   **Palatine, Illinois 60055-0291**

| Due Date: | Dec 1, 2006 |
|---|---|
| Installment 1 of 11: | $3,025 16 |
| Amount of Remittance: | |
| Check Number: | |

The payment schedule assumes all monthly installments are timely made and does not account for any delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE: **EMPLOYER NAME:** MERRILLS CONTRACTORS INC
   **ACCOUNT NO:** 5281100 - 0001
   **ASSESSMENT NO:** 5281100-WL060179-04
   **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and this Remittance Notice to the Fund at the address as follows

   **Central States, Southeast and Southwest Areas Pension Fund**
   **Attn: Withdrawal Liability Department**
   **Department 10291**
   **Palatine, Illinois 60055-0291**

| Due Date: | Jan 1, 2007 |
|---|---|
| Installment 2 of  11: | $3,025 16 |
| Amount of Remittance: | |
| Check Number: | |

The payment schedule assumes all monthly installments are timely made and does not account for any delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-04
       **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Feb 1, 2007 |
| **Installment 3 of 11:** | $3,025 16 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments. Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608.



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-04
       **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery. Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Mar 1, 2007 |
| **Installment 4 of 11:** | $3,025 16 |
| **Amount of Remittance:** | |
| **Check Number:** | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518 9800

## REMITTANCE NOTICE

RE:     **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
        **ACCOUNT NO:**     5281100 - 0001
        **ASSESSMENT NO:**  5281100-WL060179-04
        **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery. Mail your check and
this Remittance Notice to the Fund at the address as follows.

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

Due Date:                                       Apr 1, 2007

Installment 5  of  11:                          $3,025 16

Amount of Remittance:                           _____

Check Number:                                   _____

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608

---



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:     **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
        **ACCOUNT NO:**     5281100 - 0001
        **ASSESSMENT NO:**  5281100-WL060179-04
        **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

Due Date:                                       May 1, 2007

Installment 6  of  11:                          $3,025.16

Amount of Remittance:                           _____

Check Number:                                   _____

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments   Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608.



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:     **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
        **ACCOUNT NO:**     5281100 - 0001
        **ASSESSMENT NO:**  5281100-WL060179-04
        **TRANSACTION NO:**  1458093

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows:

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Jun 1, 2007 |
| **Installment 7 of 11:** | $3,025 16 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608.

---



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:     **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
        **ACCOUNT NO:**     5281100 - 0001
        **ASSESSMENT NO:**  5281100-WL060179-04
        **TRANSACTION NO:**  1458093

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows:

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Jul 1, 2007 |
| **Installment 8 of 11:** | $3,025 16 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608.



Central States Southea~ ~nd Southwest Areas
Health and Welfare and~ ~sion Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-04
       **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery. Mail your check and this Remittance Notice to the Fund at the address as follows:

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Aug 1, 2007 |
| **Installment 9 of 11:** | $3,025.16 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any delinquent interest charges that may accrue due to late payments. Inquiries should be directed to the Withdrawal Liability Department at (847) 518-9800, extension 3608.

---



Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-04
       **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check. Allow 5 days for mail delivery. Mail your check and this Remittance Notice to the Fund at the address as follows:

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| **Due Date:** | Sep 1, 2007 |
| **Installment 10 of 11:** | $3,025.16 |
| **Amount of Remittance:** | _____ |
| **Check Number:** | _____ |

The payment schedule assumes all monthly installments are timely made and does not account for any delinquent interest charges that may accrue due to late payments. Inquiries should be directed to the Withdrawal Liability Department at (847) 518-9800, extension 3608.


Central States Southeast and Southwest Areas
Health and Welfare and Pension Funds
P.O. Box 5108
Des Plaines, IL 60017-5108
Phone: 847/ 518-9800

## REMITTANCE NOTICE

RE:    **EMPLOYER NAME:**  MERRILLS CONTRACTORS INC
       **ACCOUNT NO:**     5281100 - 0001
       **ASSESSMENT NO:**  5281100-WL060179-04
       **TRANSACTION NO:** 1458093

Please submit this Remittance Notice with your check  Allow 5 days for mail delivery  Mail your check and
this Remittance Notice to the Fund at the address as follows

**Central States, Southeast and Southwest Areas Pension Fund**
**Attn: Withdrawal Liability Department**
**Department 10291**
**Palatine, Illinois 60055-0291**

| | |
|---|---|
| Due Date: | Oct 1, 2007 |
| **Installment 11 of 11:** | $1,030 44 |
| Amount of Remittance: | |
| Check Number: | |

The payment schedule assumes all monthly installments are timely made and does not account for any
delinquent interest charges that may accrue due to late payments  Inquiries should be directed to the
Withdrawal Liability Department at (847) 518-9800, extension 3608



Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni



Tracking    Support    Business Solutions    Preferred Customer

⌂ Welcome, Ed Homan | Logout

My UPS | A

## Tracking

→ **Track Shipments**
  > Track by Reference
  > Get Signature Images
  > Track by E-mail
  > Import Tracking
    Numbers ⌂
  > SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment ⌂
→ Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Detail**                                              Printer Frie

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 395 1X9 22 1010 256 3 |
| Type: | Package Proof of Delivery ⎗ ⌂ |
| Status: | **Delivered** |
| Delivered on: | 11/10/2006 9:49 A.M. |
| Signed by: | BATEMAN |
| Location: | RECEIVER |
| Delivered to: | 1900 TRUMAN RD ⌂<br>SPRINGFIELD, IL, US  62703 ⌂ |
| Service Type: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, IL, US | 11/10/2006 | 9:49 A.M. | DELIVERY |
| | 11/10/2006 | 7:59 A.M. | OUT FOR DELIVERY |
| | 11/10/2006 | 7:18 A.M. | DESTINATION SCAN |
| | 11/10/2006 | 6:45 A.M. | ARRIVAL SCAN |
| ADDISON, IL, US | 11/10/2006 | 3:09 A.M. | DEPARTURE SCAN |
| ADDISON, IL, US | 11/09/2006 | 11:40 P.M. | ARRIVAL SCAN |
| NORTHBROOK, IL, US | 11/09/2006 | 10:50 P.M. | DEPARTURE SCAN |
| | 11/09/2006 | 9:37 P.M. | ORIGIN SCAN |
| | 11/09/2006 | 6:00 P.M. | PICKUP SCAN |

Tracking results provided by UPS:  11/13/2006 11:36 A.M.  EST (USA)

Printer Friendly

### Get Notified: Quantum View Notify[SM]

E-mail this page to up to three recipients.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**  1Z 395 1X9 22 1010 256 3
**Service Type:**      NEXT DAY AIR
**Delivered on:**      11/10/2006 9:49 A.M.
**Delivered to:**      1900 TRUMAN RD
                       SPRINGFIELD, IL, US  62703
**Signed by:**         BATEMAN

**Location:**          RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  11/13/2006 11:37 A.M.  EST (USA)

Exhibit A - 8

**CENTRAL STATES
SOUTHEAST AND
SOUTHWEST AREAS
PENSION FUND**

**EMPLOYEE TRUSTEES**
FRED GEGARE
JERRY YOUNGER
GEORGE J. WESTLEY
CHARLES A. WHOBREY
PHILIP E. YOUNG

**EMPLOYER TRUSTEES**
HOWARD McDOUGALL
ARTHUR H. BUNTE, JR.
TOM J. VENTURA
GARY F. CALDWELL
CHRISTOPHER J. LANGAN

**EXECUTIVE DIRECTOR**
THOMAS C. NYHAN

December 19, 2006

**VIA UPS NEXT DAY DELIVERY**
#1Z 395 1X9 22 1010 7380

Mr. Charles T. Merrill
Owner
Merrill's Contractors
1900 E. Truman Road
Springfield, IL 62703-3941

RE:    PAST DUE NOTICE AND DEMAND FOR PAYMENT OF WITHDRAWAL LIABILITY
MERRILL'S CONTRACTORS, INC.
ASSESSMENT NO.: 5281100-WL060179-04

Dear Mr. Merrill:

A Notice and Demand for Payment of Withdrawal Liability was forwarded to your attention on November 9, 2006. The total amount of such liability is $31,102.51.

The notice called for payment of your withdrawal liability in one of two ways:

(1)    The entire outstanding obligation on or before December 1, 2006; or

(2)    By monthly installments in accordance with the payment schedule which accompanied the notice and demand.

These installments include amortization charges on the unpaid balance.

**Your account is now past due.** Please note that interest is charged on the delinquent monthly installments. This interest is determined according to the prime interest charged by the Chase Manhattan Bank of New York plus 2% and is adjusted monthly.

TOTAL BALANCE DUE IMMEDIATELY . . . $3,051.00

To avoid future collection enforcement activity, please forward payment for the above balance **immediately** to the following address:

CENTRAL STATES WITHDRAWAL LIABILITY
Department 10291
Palatine, Illinois 60055-0291
ASSESSMENT NO.: 5281100-WL060179-04

Mr. Charles T. Merrill
December 19, 2006
Page Two

If payment is not received immediately, the Fund may pursue collection of the interim payments at any time. In the event that payment is not forthcoming within sixty (60) days from the date of receipt of this notice, you will be held in default in accordance with Section 4219 of ERISA, and the entire withdrawal liability in the amount of $31,102.51 will be due immediately and the account will be referred to Fund counsel for collection.

If you have any questions regarding the above, please contact the undersigned at (847) 518-9800, extension 3612.

Sincerely,

LaTanya Gray
Operations Accountant
Collections



Home  About UPS | Contact UPS · Getting Started @ UPS.com



**UPS Uni**

| Shipping | Tracking | Support | Business Solutions | Preferred Customer |

🖥 Welcome, Ed Homan  | Logout                                    My UPS | A

## Tracking

→ **Track Shipments**
> Track by Reference
> Get Signature Images
> Track by E-mail
> Import Tracking
  Numbers 🔒
> SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment 🔒
→ Help

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

**Tracking Detail**                                           Printer Frien

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 395 1X9 22 1010 738 0 |
| Type: | Package Proof of Delivery ⤴ 🔒 |
| Status: | **Delivered** |
| Delivered on: | 12/20/2006 10:41 A.M. |
| Signed by: | BATEMAN |
| Location: | RECEIVER |
| Delivered to: | 1900 TRUMAN RD 🔒 |
| | SPRINGFIELD, IL, US  62703 🔒 |
| Service Type: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, IL, US | 12/20/2006 | 10:41 A.M. | DELIVERY |
| | 12/20/2006 | 7:45 A.M. | OUT FOR DELIVERY |
| | 12/20/2006 | 7:42 A.M. | DESTINATION SCAN |
| | 12/20/2006 | 6:45 A.M. | ARRIVAL SCAN |
| ADDISON, IL, US | 12/20/2006 | 3:11 A.M. | DEPARTURE SCAN |
| ADDISON, IL, US | 12/19/2006 | 11:28 P.M. | ARRIVAL SCAN |
| NORTHBROOK, IL, US | 12/19/2006 | 10:47 P.M. | DEPARTURE SCAN |
| | 12/19/2006 | 8:25 P.M. | ORIGIN SCAN |
| | 12/19/2006 | 5:51 P.M. | PICKUP SCAN |

Tracking results provided by UPS:  12/21/2006 8:58 A.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**^SM

E-mail this page to up to three recipients.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 395 1X9 22 1010 738 0
**Service Type:**    NEXT DAY AIR
**Delivered on:**    12/20/2006 10:41 A.M.
**Delivered to:**    1900 TRUMAN RD
                     SPRINGFIELD, IL, US  62703
**Signed by:**       BATEMAN

**Location:**        RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  12/21/2006 8:58 A.M.  EST (USA)