IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6486 ) |
| v. | ) Judge Hart ) |
| MERRILL'S CONTRACTORS, INC., an Illinois corporation, | ) Magistrate Judge Mason ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, hereby give notice of their voluntary dismissal of the above captioned matter. Plaintiffs further state that the dismissal shall be with prejudice.

Respectfully submitted,

/s/ Thomas M. Weithers
Thomas M. Weithers
Attorney for Plaintiffs,
Central States, Southeast and Southwest
Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
847/518-9800, Ext. 3276
ARDC #6193004

June 10, 2008

F: 258107 / 08110034 / 6/10/08

-1-

## CERTIFICATE OF SERVICE

I, Thomas M. Weithers, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, certify that on June 10, 2008, I caused the foregoing Notice of Voluntary Dismissal With Prejudice to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

/s/ Thomas M. Weithers
Thomas M. Weithers
One of Central States' Attorneys